UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4/21/06
```

In re Bayou Hedge Fund Litigation

06 MDL 1755 (CM)

CALENDAR NOTICE

_____x

Please take notice that the above captioned action has been scheduled for a conference before the Honorable Colleen McMahon, United States District Judge, on Friday, April 28, 2006 at 9:30 a.m., in Courtroom 110, U. S. District Court, 40 Foley Square, New York, New York 10007.

All communications with the Court must be in writing and fax to (914)390-4152.

April 20, 2006

So Ordered

_____
U.S.D.J