UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re Bayou Hedge Fund Litigation        :    06 MDL 1755 (CM) (MDF)
                                                             :
-------------------------------------------------------------x
                                                             :
This Document Relates To:                          :
Broad-Bussel Family Limited Partnership, et al.  :
                                                             :
v.                                                          :    06 Civ. 3026 (CM) (MDF)
                                                             :
Bayou Group, LLC, et al.,                        :
                                                             :    **Electronically Filed**
-------------------------------------------------------------x

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Doreen Klein of the law firm of Day, Berry & Howard LLP, shall appear as counsel of record for James G. Marquez in the above-captioned matter.

Dated: May 2, 2006                    /s/ Doreen Klein
                                              Doreen Klein (DK 4982)
                                              DAY, BERRY & HOWARD LLP
                                              One Canterbury Green
                                              Stamford, Connecticut 06901
                                              tel. (203) 977-7300
                                              fax. (203) 977-7301
                                              E-mail: dklein@dbh.com

                                                      and

                                              875 Third Avenue
                                              New York, New York  10022
                                              tel. (212) 829-3600
                                              fax. (212) 829-3601

                                              *Attorneys for Defendant James G. Marquez*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2006, a copy of an Appearance on behalf of defendant James G. Marquez was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Doreen Klein
Doreen Klein (DK 4982)