UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                        :   *06 md 1755*

IN RE BAYOU HEDGE FUND INVESTMENT  :   MDL No. 1755 (CM)
LITIGATION                          :
                         :

-------------------------------------------------------- X
THIS DOCUMENT RELATES TO:
-------------------------------------------------------- X
                         :

BROAD-BUSSEL FAMILY LIMITED      :   No. 06 Civ. 3026 (CM)
PARTNERSHIP, MARIE LOUISE,       :
MICHELSOHN, MICHELLE MICHELSOHN, and :
HERBERT BLAINE LAWSON, JR., Individually  :
and on Behalf of All Other Persons and Entities  :
Similarly Situated,                :
                         :
            Plaintiffs,    :
                         :
        - against -      :
                         :
BAYOU GROUP LLC, et al.,       :
                         :
          Defendants.   :
                         :
-------------------------------------------------------- X

                                ┌─────────────────────────┐
                                USDC SDNY
                                DOCUMENT
                                ELECTRONICALLY FILED

ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

     John K. Van De Weert, having represented that he is a member in good standing of the

bar in the State of Illinois, and having requested admission, pro hac vice, to represent Citibank,

N.A., defendant in the above referenced case; it is hereby

     **ORDERED**, that John K. Van De Weert, Esq., is admitted to practice, pro hac vice in the

above referenced case in the United States District Court for the Southern District of New York,

subject to payment of the filing fee.

Dated: New York, New York
     **5 / 9**     , 2006

                                          _____
                                          UNITED STATES DISTRICT JUDGE