UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

IN RE BAYOU HEDGE FUND INVESTMENT : 06 md 1755
LITIGATION : MDL No. 1755 (CM)

------------------------------------------------------------ X

THIS DOCUMENT RELATES TO:

------------------------------------------------------------ X

BROAD-BUSSEL FAMILY LIMITED : No. 06 Civ. 3026 (CM)
PARTNERSHIP, MARIE LOUISE,
MICHELSOHN, MICHELLE MICHELSOHN, and
HERBERT BLAINE LAWSON, JR., Individually
and on Behalf of All Other Persons and Entities
Similarly Situated,

           Plaintiffs,

        - against -

BAYOU GROUP LLC, et al.,

          Defendants.

------------------------------------------------------------ X

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: _____]

### ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

Mark B. Blocker, having represented that he is a member in good standing of the bar in the State of Illinois, and having requested admission, pro hac vice, to represent Citibank, N.A., defendant in the above referenced case; it is hereby

**ORDERED**, that Mark B. Blocker, Esq., is admitted to practice, pro hac vice in the above referenced case in the United States District Court for the Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
      5/9 , 2006

                                              [signature]
                                              UNITED STATES DISTRICT JUDGE