UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE BAYOU HEDGE FUND INVESTMENT LITIGATION : 06 MD 1755 (CM)

------------------------------------------------------------- X

THIS DOCUMENT RELATES TO:

------------------------------------------------------------- X

BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, MARIA LOUISE MICHELSOHN, MICHELLE MICHELSOHN, and HERBERT BLAINE LAWSON, JR., Individually And on Behalf of All Other Persons and Entities Similarly Situated, : No. 06 Civ. 3026 (CM)

        Plaintiffs,

vs.

BAYOU GROUP LLC, et al., : NOTICE OF MOTION DISMISS

        Defendants. : **Electronically Filed**

---

TO:   Merrill G. Davidoff, Esq.
       Lawrence J. Lederer, Esq.
       Lane L. Vines, Esq.
       Berger & Montague, P.C.
       Philadelphia, PA 19103
       Attorneys for Plaintiffs Broad-Bussel Family Limited Partnership

SIRS:

    PLEASE TAKE NOTICE that on the Declaration of Charles Gradante, the documents attached thereto and accompanying Brief, the undersigned, attorneys for Defendants, Hennessee Group LLC, Charles Gradante and Elizabeth Lee Hennessee (collectively the "Hennessee Defendants"), will move this Court before the Honorable Colleen McMahon, U.S.D.J. at the United States District Court for the Southern District of New York located at 300 Quarropas

Street, White Plains, New York, at a time and date convenient to the Court, for an Order dismissing Plaintiff's claims against the Hennessee Defendants pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) and granting such other and further relief as this Court may deem just and proper.

    PLEASE TAKE FURTHER NOTICE that oral argument is respectfully requested.

Dated: May 31, 2006

BRESSLER, AMERY & ROSS, P.C.
17 State Street, 34th Floor
New York, New York 10004
(212) 425-9300
(212) 425-9337
lfenster@bressler.com
Attorneys for Defendants
Hennessee Group LLC,
Elizabeth Lee Hennessee and
Charles J. Gradante

By: /s/ Lawrence E. Fenster
Lawrence E. Fenster (LF 9378)

794058_1

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2006, a copy of the *Notice of Motion to Dismiss* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Matthew C. Plant (MP 0328)

794058_1