Exhibit A



Please select your desired topic
**by using the drop down box below:**

[Company Profile] [Go]

Or select your desired topic
**by using the text links below:**
Who We Are | Research and Services | Biographies | Congressional Testimony

# Who we are...

Hedge Fund Pioneers | Oldest Consultant Servicing the Industry | Registered Investment Advisors | No Products | Client Satisfaction is our only goal | Extension of your office
Hennessee Group Summary

### HEDGE FUND PIONEERS

At the Hennessee Group, pioneers in hedge fund consulting, we are committed to a singular mission: achieving the investment goals of our clients by applying the expertise, creativity and commitment of our people. Our business philosophy differentiates us from most of our competitors. We emphasize investment advice through "hands on" experience, direct client access to our managing principals and a conservative but creative corporate culture. **We do not market money managers. The investor is our client.** Our clients trust us to establish realistic investment objectives and develop diversified hedge fund portfolios. To achieve these goals, we apply our time

tested advisory process and proprietary research tools.

We take great pride in our growth and success on behalf of our clients. In 1997, following eleven years as a business division of several major financial institutions, we formed an independent entity, Hennessee Group LLC. We are "your strategic partner" in hedge fund investing.

Sincerely,
E. Lee Hennessee and Charles J. Gradante

## OLDEST CONSULTANT SERVICING THE INDUSTRY

Our pioneering work in hedge fund consulting began in 1987 when our Hennessee Hedge Fund Indices® were created. These indices have been the most widely sourced and have served as the basis for comparative analysis of hedge fund managers being evaluated for portfolio selection. Since the beginning, we have been navigating a course of action that balances risk and return among a well diversified hedge fund portfolio. We have the expertise and experience to provide clients with a range of investment advisory services, which integrates portfolio size, objectives and suitability.

## REGISTERED INVESTMENT ADVISORS

We are Registered Investment Advisors with the Securities and Exchange Commission (SEC). Part II of our FORM ADV is available upon written request.

## NO PRODUCTS

We feel that offering products in addition to providing advisory services to individuals can lead to a conflict of interest. We offer a high level of customized service for our clients and being that **we represent the client (and not the manager)**, we can maintain our objectivity by avoiding any conflicts of interest that could arise from having a fund-of-funds product. As a result, we can provide our clients with a customized portfolio with greater transparency than most multi-manager products.

Converted by Text2Web                                                                   Page 3 of 4

## CLIENT SATISFACTION IS OUR ONLY GOAL

Long standing client relationships attest to the Hennessee Group's value added research, integrity and commitment to superior client service that extends well beyond performance data. In order to understand your portfolio's performance, you need to see more than just the returns; you should be able to understand how the returns were achieved and what factors affected them.

### We provide clients with various research tools:

**Performance analytics**
**Comparative analyses**
**Manager newsletters and interviews**
**Risk assessments**
**Due diligence reports**
**Monthly client statement "monitors"**

### We are not a fund-of-funds; we encourage a dialogue between investors and their money managers by initiating:

**Investor meetings with their portfolio managers**
**Investor seminars with new manager talent**
**Manager roundtables**
**Educational seminars for investors**

### We are well respected for our industry insight and commentary. Clients receive:

**Monthly Hennessee Hedge Fund Review®**
**Timely Manager Due Diligence Reports**
**Annual Hennessee Hedge Fund Manager Survey**
**Annual Hennessee Hedge Fund Investor Survey**

## EXTENSION OF YOUR FAMILY OFFICE



We enable you or your organization to utilize our professional staff in preparing various types of analyses and administration work; allowing you to use your family office support staff more

productively. **Let us serve as an extension of your family office.**

## HENNESSEE GROUP SUMMARY

Many years of successful experience advising an expanding clientele of sophisticated investors attests to the Hennessee Group's well regarded research and dedication to superior client service. Navigating a course of action that balances risk and return among a well diversified hedge fund portfolio can take several forms. We have the expertise and flexibility to provide clients worldwide with a range of investment advisory services --- depending on portfolio size, objectives and suitability. Additionally, the Hennessee Group can act as a discretionary advisor and work with customized portfolios using the **Hennessee Hedge Fund Select Program®**. For discussion of your investment objectives, please contact us. We will be happy to send you Part II of our Form ADV filed with the Securities and Exchange Commission.

[What is a Hedge Fund] | [Company Profile] | [Hedge Fund Review] | [Indices]
[Industry Information] | [Featured Articles] | [Press/Investor Releases]
[Contact Us] | [FAQ] | [Home]

You can reach us by phone at: (212) 857-4400 or by email at:
hedgefund@hennesseegroup.com

All Rights Reserved. No part of this site may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means (electronic, mechanical, photocopying, recording, or otherwise) without the prior written consent of the Hennessee Group LLC. This site is neither an offering or a solicitation. Before making an investment, prospective investors should examine the appropriate private placement memorandum.
© 2000 Hennessee Group LLC


