UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: BAYOU HEDGE FUNDS )
INVESTMENT LITIGATION )
_____ )
 )  CASE NO. 06-MDL-1755 (CM)
This Document Relates To: )
 )  JUDGE COLLEEN McMAHON
 )
ALL ACTIONS. )

## ORDER ON MOTION FOR ADMISSION
## *PRO HAC VICE* OF DAVID K. HERZOG

AND NOW, this ___2nd___ day of ___June___, 2006, upon unopposed application and for good cause shown, it is ORDERED that David K. Herzog of Baker & Daniels LLP, 300 North Meridian Street, Suite 2700, Indianapolis, Indiana 46204, may appear in the above-captioned case on behalf of DePauw University and that his appearance in this Court is limited to this action.

DATED: 6/2/06
New York, New York

_____
HONORABLE COLLEEN McMAHON,
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: