UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

| | |
|---|---|
| IN RE: BAYOU HEDGE FUNDS INVESTMENT LITIGATION ) ) ) ) | |
| ) | CASE NO. 06-MDL-1755 (CM) |
| This Document Relates To: ) ) | JUDGE COLLEEN McMAHON |
| ALL ACTIONS. ) | |

### ORDER ON MOTION FOR ADMISSION
### *PRO HAC VICE* OF MATTHEW T. ALBAUGH

AND NOW, this __2nd__ day of __June__, 2006, upon unopposed application and for good cause shown, it is ORDERED that Matthew T. Albaugh of Baker & Daniels LLP, 300 North Meridian Street, Suite 2700, Indianapolis, Indiana 46204, may appear in the above-captioned case on behalf of DePauw University and that his appearance in this Court is limited to this action.

DATED: 6/2/06
New York, New York

_____
HONORABLE COLLEEN McMAHON,
United States District Judge

BDDB01 4386123v1