*McMahon, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: BAYOU HEDGE FUNDS INVESTMENT ) 
      LITIGATION ) NO. 7:06-md-01755-CM

*Broad-Bussel Family LP, et al. v. Bayou Group, LLC, et al.*, D. Connecticut, C.A. No. 3:05-1762 ) STIPULATION

**IT IS HEREBY STIPULATED AND AGREED,** by and between Koskoff Koskoff & Bieder, P.C., attorneys for the plaintiffs, and Rivkin Radler LLP, attorneys for the defendants, to the following:

1. The defendants' time to respond to the complaint has been extended to July 6, 2006.

2. The stipulation may be signed in counterparts and a facsimile signature shall be deemed as good as an original signature.

Dated: Uniondale, New York
      June 5, 2006

KOSKOFF KOSKOFF & BIEDER, P.C.          RIVKIN RADLER, LLP

WILLIAM M. BLOSS, ESQ. (7106)           JANICE J. DIGENNARO, ESQ. (9706)
Attorneys for Plaintiffs                Attorneys for Defendants
350 Fairfield Avenue                    926 EAB Plaza
Bridgeport, CT 06604                    Uniondale, New York 11556-0926
Tel: 203-336-4421                       Tel: 516-357-3548

SO ORDERED:

HON. COLLEEN MCMAHON, U.S.D.J.

dated 6/14/06

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____