UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE BAYOU HEDGE FUND INVESTMENT LITIGATION | 06 MD 1755 (CM) |
| ------------------------------------------------------------ X | |
| THIS DOCUMENT RELATES TO: | |
| ------------------------------------------------------------ X | |
| BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, MARIA LOUISE MICHELSOHN, MICHELLE MICHELSOHN, and HERBERT BLAINE LAWSON, JR., Individually and on Behalf of All Other Persons and Entities Similarly Situated, | No. 06 Civ. 3026 (CM)  Notice of Motion to Determine the Eligibility of Claims of Putative Class Members for NASD Arbitration |
| Plaintiffs, | |
| vs. | |
| BAYOU GROUP LLC, et al., | **Electronically Filed** |
| Defendants. | |

TO:   Marvin Pipkin
      Pipkin, Oliver & Bradley, LLP
      1020 N.E. Loop 410, Suite 505
      San Antonio, Texas 78209
      Attorneys for Travis Co. J.V., Roger Hill, Sr. and
      Christopher Hill ("Putative Class Members")

SIRS:

PLEASE TAKE NOTICE that on the Declaration of Matthew Wolper, the documents attached thereto and accompanying Brief, the undersigned, attorneys for Defendant E. Lee Hennessee, will move this Court before the Honorable Colleen McMahon, U.S.D.J. at the United States District Court for the Southern District of New York located at 300 Quarropas Street,

White Plains, New York, at a time and date convenient to the Court, for an Order declaring that the claims alleged by Travis Co. J.V., Roger Hill, Sr. and Christopher Hill ("Putative Class Members") are ineligible for NASD arbitration because their claims are encompassed by the putative class action.

Dated: June 19, 2006

        BRESSLER, AMERY & ROSS, P.C.
        2801 SW 149th Avenue, Suite 300
        Miramar, Florida 33027
        Attorneys for Defendants
        Hennessee Group LLC,
        Elizabeth Lee Hennessee and
        Charles Gradante


By: _____/S/_____
    Matthew Wolper (MW 8835)

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 19, 2006, a copy of the *Motion to Determine the Eligibility of Claims of Putative Class Members for NASD Arbitration* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                        _____/S/_____
                                                  Matthew Wolper (MW 8835)