UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BAYOU HEDGE FUND INVESTMENT LITIGATION : | 06 MD 1755 (CM) |

-------------------------------------------------- X

THIS DOCUMENT RELATES TO:

-------------------------------------------------- X

BROAD-BUSSEL FAMILY LIMITED      :
PARTNERSHIP, MARIA LOUISE      :
MICHELSOHN, MICHELLE MICHELSOHN, and :
HERBERT BLAINE LAWSON, JR., Individually  :
and on Behalf of All Other Persons and Entities
Similarly Situated,

          Plaintiffs,      :

    vs.      :

BAYOU GROUP LLC, et al.,      :

         Defendants.      :

No. 06 Civ. 3026 (CM)

**Electronically Filed**

STATE OF FLORIDA          )
                 ) ss.:
COUNTY OF BROWARD     )

      Pursuant to 28 U.S.C. § 1746(2) (2004), I declare under penalty of perjury that the foregoing is true and correct:

    1.      My name is Matthew Wolper. I am more than 18 years of age and understand the nature and obligation of an oath. I have personal knowledge of the facts and statements contained in this Declaration and each of them is true and correct. I am an attorney representing Hennessee Group, LLC, Charles Gradante and Elizabeth Lee Hennessee.

    2.      I submit this Declaration in support of Elizabeth Lee Hennessee's Motion to Determine the Eligibility of Claims of Putative Class Members for NASD Arbitration.

    3.      The First Amended Complaint, attached hereto as Exhibit A, is a true and correct copy of the First Amended Complaint filed by Travis Co. J.V., Roger Hill, Sr. and

Christopher Hill ("Putative Class Members") in the individual action captioned *Travis Co. J.V., Roger Hill, Sr. and Christopher Hill v. Hennessee Group, LLC, Charles Gradante and Elizabeth Lee Hennessee*, W.D. Tex.

4.     The Conditional Order of Transfer, attached hereto as Exhibit B, is a true and correct copy of the Conditional Order of Transfer issued by the Judicial Panel on Multidistrict Litigation on or about May 30, 2006.

5.     The NASD Statement of Claim, attached hereto as Exhibit C, is a true and correct copy of the Statement of Claim filed by the Putative Class Members against Elizabeth Lee Hennessee on or about April 21, 2006.

6.     The NASD Uniform Submission Agreement, attached hereto as Exhibit D, is a true and correct copy of the Uniform Submission Agreement executed by the Putative Class Members in connection with the initiation of their NASD Abritration.

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated herein are true.

Executed on June 19, 2006

Matthew Wolper