UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\-------------------------------------------------------- X
                                   :

IN RE BAYOU HEDGE FUNDS INVESTMENT  :     No. 06 MDL 1755 (CM)
LITIGATION                                :

                                   :
\-------------------------------------------------------- X
THIS DOCUMENT RELATES TO:
\-------------------------------------------------------- X

BROAD-BUSSEL FAMILY LIMITED        :     No. 06 Civ. 3026 (CM)
PARTNERSHIP, MARIE LOUISE,          :
MICHELSOHN, MICHELLE MICHELSOHN, and :
HERBERT BLAINE LAWSON, JR., Individually  :
and on Behalf of All Other Persons and Entities  :
Similarly Situated,                        :

                               :
              Plaintiffs,      :

                               :
       - against -           :

BAYOU GROUP LLC, et al.,           :

             Defendants.    :
\-------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

## ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

       Lawrence J. Lederer, having represented that he is a member in good standing of the

Bars of the Commonwealth of Pennsylvania and the District of Columbia, and having requested

admission, *pro hac vice*, to represent plaintiffs Broad-Bussel Family Limited Partnership, Marie

Louise Michelsohn, Michelle Michelsohn, and Herbert Blaine Lawson, Jr. in the above-referenced

case; it is hereby

       ORDERED, that Lawrence J. Lederer, Esq., is admitted to practice *pro hac vice* in the

above-referenced case in the United States District Court for the Southern District of New York.

Dated:  New York, New York

     6/23    , 2006

                                   
UNITED STATES DISTRICT JUDGE