UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
:
IN RE BAYOU HEDGE FUNDS INVESTMENT    :    No. 06 MDL 1755 (CM)
LITIGATION                            :
:
---------------------------------------------------------- X
THIS DOCUMENT RELATES TO:             :
---------------------------------------------------------- X
:
BROAD-BUSSEL FAMILY LIMITED           :    No. 06 Civ. 3026 (CM)
PARTNERSHIP, MARIE LOUISE,            :
MICHELSOHN, MICHELLE MICHELSOHN, and  :
HERBERT BLAINE LAWSON, JR., Individually :
and on Behalf of All Other Persons and Entities :
Similarly Situated,                   :
:
        Plaintiffs,            :
:
        - against -           :
:
BAYOU GROUP LLC, et al.,              :
:
        Defendants.            :
:
---------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

## ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

      Lane L. Vines, having represented that he is a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey, and having requested admission, *pro hac vice*, to represent plaintiffs Broad-Bussel Family Limited Partnership, Marie Louise Michelsohn, Michelle Michelsohn, and Herbert Blaine Lawson, Jr. in the above-referenced case; it is hereby

      ORDERED, that Lane L. Vines, Esq., is admitted to practice *pro hac vice* in the above-referenced case in the United States District Court for the Southern District of New York.

Dated: New York, New York

    6/23_____, 2006

                                              [signature]
                                        UNITED STATES DISTRICT JUDGE