Ted Poretz (TP 5387)
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Telephone: (212) 705-7000
Facsimile: (212) 752-5378

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BAYOU HEDGE FUND INVESTMENT LITIGATION | 06 MD 1755 (cm) |
| THIS DOCUMENT RELATES TO: | |
| SOUTH CHERRY STREET, LLC, | 06 CV-02943 (CM) |
| Plaintiff, | |
| -against- | |
| HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE and CHARLES A. GRADANTE, | |
| Defendants. | |

## AFFIRMATION OF TED PORETZ

TED PORETZ, attorney duly admitted to practice law in the State of New York and before this Court, hereby affirms under penalty of perjury:

1. I am a member of the law firm of Bingham McCutchen LLP, attorneys for Plaintiff herein. I am fully familiar with the facts and circumstances recited herein. I submit this affirmation solely for the purpose of bringing to the Court's attention one document relevant to the issues raised in the accompanying Memorandum of Law in Opposition to Defendants' Motion to Compel Arbitration.

NYDOCS/1258260.1

-2-

    2.    Attached hereto as Exhibit A is a true and correct copy of the Form ADV filed by Defendants Hennessee Group LLC with the Securities and Exchange Commission.

Dated:    June 30, 2006
            New York, NY

_____
Ted Poretz (TP 5387)