UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:  BAYOU HEDGE FUNDS INVESTMENT <br>       LITIGATION <br><br> *Broad-Bussel Family LP, et al. v. Bayou Group, LLC, et al., D. Connecticut, C.A. No. 3:05-1762* | NO. 7:06-md-01755-CM <br><br> **NOTICE OF APPEARANCE** |

Please enter my appearance as counsel for the defendants, FAUST, RABBACH & OPPENHEIM, LLP and STEPHEN D. OPPENHEIM, in the above-entitled action. Kindly direct all communications on this matter to the undersigned attorney.

Dated: Uniondale, New York
       July 6, 2006

                              Respectfully submitted,

                              RIVKIN RADLER LLP
                              Attorneys for Defendants,
                              Faust, Rabbach & Oppenheim
                              and Steven D. Oppenheim

                      By: _____
                              Janice J. DiGennaro (JJD-9706)
                              926 Reckson Plaza
                              Uniondale, New York 11556-0926
                              (516) 357-3000
                              RR File No.:  011590-00311

TO:    KOSKOFF, KOSKOFF & BIEDER, P.C.
           Attorneys for Plaintiffs
           350 Fairfield Avenue
           Bridgeport, CT  06604
           (203) 336-4421

BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
(215) 875-3084

1953707 v1