UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | ) | NO. 7:06-md-01755-CM |
| | ) | |
| IN RE:  BAYOU HEDGE FUNDS INVESTMENT | ) | **NOTICE OF APPEARANCE** |
| LITIGATION | ) | |
| | ) | |
| | ) | |
| *Broad-Bussel Family LP, et al. v. Bayou Group,* | ) | |
| *LLC, et al., D. Connecticut, C.A. No. 3:05-1762* | ) | |
| | ) | |
| | ) | |

Please enter my appearance as counsel for the defendants, FAUST, RABBACH &

OPPENHEIM, LLP and STEPHEN D. OPPENHEIM, in the above-entitled action.  Kindly direct

all communications on this matter to the undersigned attorney.

Dated: Uniondale, New York
　　　　July 6, 2006

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　RIVKIN RADLER LLP
　　　　　　　　　　　　　　　　　　Attorneys for Defendants,
　　　　　　　　　　　　　　　　　　Faust, Rabbach & Oppenheim
　　　　　　　　　　　　　　　　　　 and Steven D. Oppenheim


　　　　　　　　　　By:　_____
　　　　　　　　　　　　　Shari Claire Lewis (SCL-0527)
　　　　　　　　　　　　　926 Reckson Plaza
　　　　　　　　　　　　　Uniondale, New York 11556-0926
　　　　　　　　　　　　　(516) 357-3000
　　　　　　　　　　　　　RR File No.:  011590-00311


TO:　　KOSKOFF, KOSKOFF & BIEDER, P.C.
　　　　Attorneys for Plaintiffs
　　　　350 Fairfield Avenue
　　　　Bridgeport, CT  06604
　　　　(203) 336-4421

BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
(215) 875-3084

1953700 v1