UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: BAYOU HEDGE FUNDS INVESTMENT LITIGATION<br><br>*Broad-Bussel Family LP, et al. v. Bayou Group, LLC, et al.*, D. Connecticut, C.A. No. 3:05-1762 | NO. 7:06-md-01755-CM<br><br>**DECLARATION OF<br>SHARI CLAIRE LEWIS** |

I, Shari Claire Lewis, pursuant to 28 U.S.C. § 1746, hereby declare the following:

1. Annexed hereto as Exhibit "A" is a copy of the "Amended Class Action Complaint" dated March 6, 2006.

2. Annexed hereto as Exhibit "B" is a copy of the six-page "suicide note and confession" written by defendant Daniel E. Marino, as alleged in ¶ "7" of the Amended Class Action Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 5th day of July, 2006.

_____
Shari Claire Lewis (SL-0527)

1953245 v1