# Koskoff Koskoff & Bieder PC

**MEMO ENDORSED**



RECEIVED
JUL 12 2006
CHAMBERS OF
COLLEEN McMAHON

Law Offices

P.O. Box 1661
Bridgeport, CT 06601

350 Fairfield Avenue
Bridgeport, CT 06604

(203) 336-4421
FAX (203) 368-3244

e-mail: kkb@koskoff.com
www.koskoff.com

Theodore I. Koskoff
(1913-1989)
Michael P. Koskoff
Richard A. Bieder*
Joel H. Lichtenstein
John D. Jessep
Christopher D. Bernard*
Carey B. Reilly
James D. Horwitz
Joshua D. Koskoff
Regina M. Murphy
Antonio Ponvert III
Kathleen L. Nastri
William M. Bloss
Neal A. DeYoung ◦
Gertrude A. Kinumis
J. Craig Smith
Cynthia C. Bott
Lillian C. Gustilo
Sean K. McElligott †

*Certified Civil Trial Advocate
National Board of Trial Advocacy
◦ Also Admitted in New York
† Admitted in NY & MA Only

Of Counsel
James Wu, LLC

Paralegals
Linda Grossberg
Barbara Larocca
Beth Vogler
Diana V. Orozco
Patricia M. Harris, R.N.
Marge Esposito
Wendy Crosso
Diane C. Rivera, R.N.
Diane L. Zalewski
Terri L. Beatty
Janet E. Mitchell
Evelyn McGrath, R.N.
Julie A. Alleyne
Lorraine Velush, R.N.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

July 12, 2006

7/13/06
Granted — no further action
[handwritten endorsement]

**VIA FAX (914 / 390-4152)**

Honorable Colleen McMahon
United States District Judge
United States Courthouse
300 Quarropas Street, Rm. 533
White Plains, NY 10601-4150

Re: *In re Bayou Hedge Funds Investment Litigation*, 7:06-md-01755 (CM)
*Broad-Bussel Family L.P. v. Bayou Group LLC*, No. ~~3:05-civ-1762~~ (CM)
06 CV 3026

Dear Judge McMahon:

This firm is co-counsel for the plaintiffs (the "Plaintiffs") in the above-referenced action of *Broad-Bussel Family L.P., et al. v. Bayou Group LLC, et. al.* In connection with the pending motion to dismiss filed by defendants Faust, Rabbach & Oppenheim LLP and Steven Oppenheim (the "Law Firm Defendants"), the Law Firm Defendants and Plaintiffs respectfully request that the Court approve the proposed briefing schedule set forth in the attached Stipulation and Proposed Order. Plaintiffs' opposition papers are presently due by July 21, 2006, with reply papers being due by July 28, 2006. No prior requests have been made by the parties.

Respectfully submitted,

Neal A. DeYoung

cc: Counsel of Record (via email)
Attachment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X

IN RE BAYOU HEDGE FUNDS INVESTMENT : No. 06 MDL 1755 (CM)
LITIGATION :
:
----------------------------------------------------------- X
THIS DOCUMENT RELATES TO:
----------------------------------------------------------- X

BROAD-BUSSEL FAMILY LIMITED : No. 06 Civ. 3026 (CM)
PARTNERSHIP, MARIE-LOUISE :
MICHELSOHN, MICHELLE MICHELSOHN, an :
HERBERT BLAINE LAWSON, JR., Individually :
and on Behalf of All Other Persons and Entities : STIPULATION AND [PROPOSED]
Similarly Situated, : ORDER REGARDING BRIEFING
: SCHEDULE FOR THE MOTION TO
         Plaintiffs, : DISMISS FILED BY DEFENDANTS
: FAUST RABBACH & OPPENHEIM
   - against - : LLP AND STEVEN OPPENHEIM
:
BAYOU GROUP LLC, et al., :
:
         Defendants. : ELECTRONICALLY FILED
:
----------------------------------------------------------- X

Plaintiffs Broad-Bussel Family Limited Partnership ("Broad-Bussel Family"), Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blain Lawson, Jr., individually and on behalf of all other persons and entities similarly situated (collectively, the "Plaintiffs"), and defendants Faust Rabbach & Oppenheim LLP and Steven Oppenheim (the "Oppenheim Defendants") hereby jointly stipulate that Plaintiffs will file their opposition to the Oppenheim Defendants' motion to

dismiss by August 18, 2006, and that the Oppenheim Defendants will file their reply by September 12, 2006.

SEEN AND AGREED:

_____
KOSKOFF, KOSKOFF & BIEDER, P.C.
William M. Bloss, Esq.
Neal A. DeYoung, Esq. (ND 3098)
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: (203) 336-4421
Fax: (203) 368-3244

BERGER & MONTAGUE, P.C.
Merrill G. Davidoff, Esq.
Lawrence J. Lederer, Esq.
Lane L. Vines, Esq.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Fax: (215) 875-4604

*Counsel for Plaintiffs*

_____
RIVKIN RADLER LLP
Shari Claire Lewis, Esq. (SL-0527)
Janice J. DiGennaro, Esq.
926 Reckson Plaza
Uniondale, NY 11556-0926
Telephone: (516) 357-3000
Fax: (516) 357-3333

*Counsel for the Oppenheim Defendants*

SO ORDERED THIS ____ DAY

OF _____ 2006:

_____
THE HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE

2