**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE BAYOU HEDGE FUND INVESTMENT : 06 MD 1755 (CM)
LITIGATION :

---

THIS DOCUMENT RELATES TO: :

---

DEPAUW UNIVERSITY, :
: No.: 06-cv-03028 (CM)
       Plaintiff, :
:
:
vs. :
: NOTICE OF MOTION
HENNESSEE GROUP LLC, : TO STAY THIS PROCEEDING
CHARLES GRADANTE and : AND COMPEL ARBITRATION
E. LEE HENNESSEE, : OF PLAINTIFF'S CLAIMS
:
       Defendants. : **Electronically Filed**
:

---

*Handwritten endorsement: Motion granted on consent. Action is stayed pending arbitration. [initialed] McM*

TO:    David Herzog
         Baker & Daniels
         300 North Meridian Street, Suite 2700
         Indianapolis, Indiana 46204
         Attorneys for Plaintiff Depauw University

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: _____]

SIRS:

      PLEASE TAKE NOTICE that on the Declaration of Charles Gradante, the documents attached thereto and accompanying Brief, the undersigned, attorneys for Defendants, Hennessee Group LLC, Charles Gradante and E. Lee Hennessee, will move this Court before the Honorable Colleen McMahon, U.S.D.J. at the United States District Court for the Southern District of New York located at 300 Quarropas Street, White Plains, New York, at a time and date convenient to the Court, for an Order compelling arbitration of all of Plaintiff's claims against the Defendants

794056_1

pursuant to Section 4 of the Federal Arbitration Act ("FAA") and staying the litigation of Plaintiff's claims against Defendants pending the completion of the arbitration proceeding pursuant to Section 3 of the FAA.

PLEASE TAKE FURTHER NOTICE that oral argument is respectfully requested.

Dated: May 31, 2006

>BRESSLER, AMERY & ROSS, P.C.
>17 State Street, 34th Floor
>New York, New York 10004
>(212) 425-9300
>(212) 425-9337
>lfenster@bressler.com
>Attorneys for Defendants
>Hennessee Group LLC,
>Elizabeth Lee Hennessee and
>Charles Gradante
>
>By: /s/ Lawrence Fenster
>Lawrence E. Fenster (LF 9378)

794056_1

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2006, a copy of the *Notice of Motion to Stay This Proceeding And Compel Arbitration of Plaintiff's Claims* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Matthew C. Plant (MP 0328)

794056_1