UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BAYOU HEDGE FUND INVESTMENT LITIGATION | 06 MD 1755 (CM) |
| THIS DOCUMENT RELATES TO: | |
| BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, MARIA LOUISE MICHELSOHN, MICHELLE MICHELSOHN, and HERBERT BLAINE LAWSON, JR., Individually And on Behalf of All Other Persons and Entities Similarly Situated, <br><br>Plaintiffs, <br><br>vs. <br><br>BAYOU GROUP LLC, et al., <br><br>Defendants. | No. 06 Civ. 3026 (CM) <br><br><br><br>SUPPLEMENTAL DECLARATION OF CHARLES GRADANTE <br><br>**Electronically Filed** |

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

　　　Pursuant to 28 U.S.C. § 1746(2) (2004), I declare under penalty of perjury that the foregoing is true and correct:

　　1.　My name is Charles Gradante. I am more than 18 years of age and understand the nature and obligation of an oath. I have personal knowledge of the facts and statements contained in this Declaration and each of them is true and correct.

　　2.　I submit this Declaration in further support of Hennessee Group, LLC (the "Hennessee Group"), Elizabeth Lee Hennessee and my (together the "Hennessee Defendants") Motion to Dismiss.

　　3.　During the course of their relationship, the Hennessee Group provided investment advisory services to Plaintiff, including the recommendation of hedge fund

801179_1

investments in which Plaintiff invested. Four such hedge funds were located in New York. Five additional such hedge funds were located in states or foreign territories other than New York or Connecticut, including Florida, Wisconsin, California, Massachusetts and Bermuda.

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated herein are true.

Executed on July 17, 2006

_____
Charles Gradante

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2006, a copy of the *Supplemental Declaration of Charles Gradante* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Matthew C. Plant (MP 0328)