**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE BAYOU HEDGE FUND INVESTMENT LITIGATION | No. 06:MD-1755 (CM) |
| THIS DOCUMENT RELATES TO: | |
| BROAD-BUSSEL FAMILY LIMITED PARTNERHSIP, et al. | No. 06 CIV. 3026 (CM) |
| Plaintiffs, | |
| v. | |
| BAYOU GROUP, LLC, et al. | |
| Defendants. | |

## MOTION OF MARVIN G. PIPKIN FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 1.3(c) of the Southern District of New York, the undersigned counsel, Marvin G. Pipkin, hereby moves for admission *pro hac vice* to practice before this Court on behalf of Travis Co., Joint Venture, Roger Hill, Sr., and Christopher Hill in the above-captioned case, and in support states as follows:

1. Counsel requests admission *pro hac vice* in order to participate on behalf of Travis Co. J.V., Roger Hill, Sr. and Christopher Hill, in responding to Defendant Lee Hennessee's Motion to Determine the Eligibility of Claims of Putative Class Members for NASD Arbitration.

2. In support of this Motion, counsel will forward an Affidavit and a Certificate of Good Standing as required by the Local Rules once the Certificate has

been received from the State Bar of Texas. A copy of the request for that Certificate is attached.

WHEREFORE, premises considered, Marvin G. Pipkin requests that, upon receipt of his Affidavit and Certificate of Good Standing, the Court enter an Order admitting him *Pro Hac* Vice to practice in the Southern District of New York for purpose of the above-captioned case.

Respectfully submitted,

PIPKIN, OLIVER & BRADLEY, L.L.P.
1020 N.E. Loop 410, Suite 810
San Antonio, Texas 78209
Telephone: (210) 820-0082
Facsimile: (210) 930-8500

By: /s/ Marvin Pipkin
MARVIN G. PIPKIN
Texas Bar No. 16026600
ATTORNEYS FOR TRAVIS CO. JOINT VENTURE, ROGER HILL, Sr., and CHRISTOPHER HILL

## CERTIFICATE OF SERVICE

I hereby certify that on this 12 day of July, 2006, a true and correct copy of the foregoing document has been sent via first class mailto all counsel of record as listed on the attached service list.

/s/ Marvin Pipkin
Kortney M. Kloppe-Orton

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BAYOU HEDGE FUND INVESTMENT LITIGATION | No. 06:MD-1755 (CM) |
| THIS DOCUMENT RELATES TO: | |
| BROAD-BUSSEL FAMILY LIMITED PARTNERHSIP, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> BAYOU GROUP, LLC, *et al.* <br><br> Defendants. | No. 06 CIV- 3026 (CM) |

### AFFIDAVIT OF MARVIN G. PIPKIN

STATE OF TEXAS §
§
COUNTY OF BEXAR §

BEFORE ME, the undersigned notary public, on this day personally appeared, MARVIN G. PIPKIN who, upon his oath, deposed and said:

1. My name is MARVIN G. PIPKIN, and I am over the age of eighteen (18) years. I am fully competent to make this affidavit. I have personal knowledge of all facts stated in this affidavit, which are true and correct.

2. I have been licensed to practice law in Texas since 1974, where I am a member in good standing of the State Bar. A certificate from the State Bar of Texas reflecting my good standing is attached hereto as an Exhibit.

3.  I am also admitted to practice before the United States District Court for the Western District of Texas and the United States Court of Appeals for the Fifth Circuit.

4.  I am engaged in the full time practice of law as a partner in the law firm of Pipkin Oliver & Bradley, L.L.P. located at 1020 N.E. Loop 410, Suite 810, San Antonio, Texas 78209.

5.  I have never been the subject of a disciplinary proceeding, never been held in contempt of court, and never been censured, suspended or disbarred.

6.  I will abide by all federal and local rules that govern practice before this Court.

7.  The required $25.00 fee for my application for admission to practice *pro hac vice* is being submitted with this Affidavit.

Further, Affiant sayeth not.

_____
MARVIN G. PIPKIN, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on this 7th day of July, 2006, to certify which witness my hand and official seal.

_____
NOTARY PUBLIC, STATE OF TEXAS

KAREN S. McELWAIN
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 09-11-2006

---

AFFIDAVIT OF MARVIN PIPKIN        PAGE 2

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

July 03, 2006

RE:  **Mr. Marvin G. Pipkin**
     State Bar Number - **16026600**

To Whom it May Concern:

This is to certify that Mr. Marvin G. Pipkin was licensed to practice law in Texas on October 22, 1974 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

John A. Neal
Chief Disciplinary Counsel

JN/dh

