USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BAYOU HEDGE FUND INVESTMENT LITIGATION | No. 06:MD-1755 (CM) |
| THIS DOCUMENT RELATES TO: | |
| BROAD-BUSSEL FAMILY LIMITED PARTNERHSIP, *et al.* <br> Plaintiffs, <br> v. <br> BAYOU GROUP, LLC, *et al.* <br> Defendants. | No. 06 CIV- 3026 (CM) |

### ORDER ADMITTING MARVIN G. PIPKIN TO PRACTICE *PRO HAC VICE*

On this 24 day of July, 2006, the Motion of Marvin G. Pipkin for Admission *Pro Hac Vice* in the above-captioned case was considered by the Court. Having reviewed the Motion and the supporting affidavit and documents, the Court finds that the Motion should be GRANTED. It is therefore ORDERED that Marvin G. Pipkin is admitted to practice *pro hac vice* in the United States District Court for the Southern District of New York for purpose of the above-referenced case.

SIGNED: July 24, 2006

_____
COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE