| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------X<br><br>IN RE: BAYOU HEDGE FUND INVESTMENT<br>LITIGATION<br><br>-------------------------------------------------------------X<br>THIS DOCUMENT RELATES TO:<br><br>Case No. 06-cv-03026<br>Case No. 06-cv- 6478 | Case No. 06-md-01755 (CM) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## JONATHAN M. STEMERMAN

       Pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York, the undersigned counsel, Jonathan M. Stemerman, hereby moves for admission *pro hac vice* to appear before this Court on behalf of Broad-Bussel Family Limited Partnership, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr., individually and on behalf of all other persons and entities similarly situated, and in support of this Motion states as follows:

       1.     I am an attorney admitted to practice law in the Commonwealth of Pennsylvania and associated with the law firm of Adelman Lavine Gold and Levin, a Professional Corporation, located at Suite 900, Four Penn Center, Philadelphia, PA 19103-2808.

       2.     I submit this motion pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York for my *pro hac vice* admission as counsel of record for Broad-Bussel Family Limited Partnership, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr., individually and on behalf of all other persons and entities similarly situated, and for permitting me to participate in all proceedings in connection with these cases.

       3.     I am currently engaged in the full-time practice of law and there are no pending disciplinary proceedings against me in any State or Federal court.

       4.     As shown in the Certificate of Good Standing, annexed hereto as required by Local Civil Rule 1.3(c), I am a member in good standing of the Bar of the Commonwealth of Pennsylvania.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

WHEREFORE, Jonathan M. Stemerman respectfully requests admission *pro hac vice* to the United States District Court for the Southern District of New York to represent the interests of Broad-Bussel Family Limited Partnership, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr., individually and on behalf of all other persons and entities similarly situated, in the above-captioned matters.

Dated: August 28, 2006

Respectfully submitted,

ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation

BY: _____
Jonathan M. Stemerman
Suite 900, Four Penn Center
Philadelphia, PA 19103-2808

*Attorneys for Broad-Bussel Limited Partnership, Marie Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr., individually and on behalf of all other persons and entities similarly situated*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
IN RE: BAYOU HEDGE FUND INVESTMENT    :    Case No. 06-md-01755 (CM)
LITIGATION                                                   :
                                                             :
                                                             :
-------------------------------------------------------------X
                                                             :
THIS DOCUMENT RELATES TO:                    :
                                                             :
Case No. 06-cv-03026                                  :
Case No. 06-cv- 6478                                  :

### ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

      Jonathan M. Stemerman, having represented that he is a member in good standing of the bar in the Commonwealth of Pennsylvania, and having requested admission, *pro hac vice*, to represent Broad-Bussel Family Limited Partnership, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr., individually and on behalf of all other persons and entities similarly situated in the above-referenced cases; it is hereby

      **ORDERED**, that Jonathan M. Stemerman, Esquire is admitted to practice, *pro hac vice*, in the above-referenced cases in the United States District Court for the Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
        _____, 2006

                                            _____
                                            UNITED STATES DISTRICT JUDGE



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Jonathan M. Stemerman, Esq.

**DATE OF ADMISSION**

**May 10, 2004**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 22, 2006

Patricia A. Johnson
Chief Clerk