UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>Bayou Hedge Fund Investment Litigation<br><br>―――――――――――――――――――<br>Broad-Bussel Family Limited Partnership,<br>Marie-Louise Michelsohn, Michelle<br>Michelsohn and Herbert Blaine Lawson, Jr.,<br>individually and on behalf of all other persons<br>and entities similarly situated<br><br>           Plaintiffs,<br><br>           v<br><br>Bayou Group, LLC<br><br>           Defendants. | MDL No. 1755 (CM)<br><br><br><br><br><br><br><br>Civil Action No. 06 cv 6478 (cm)<br><br>ECF Case |

## **CERTIFICATE OF SERVICE**

I, WILLIAM R. HINCHMAN, ESQUIRE, hereby certify that on September 26, 2006 a true and correct copy of the foregoing document was served via First Class Mail upon Elise Scherr Frejka, Esquire at Dechert LLP, 30 Rockefeller Plaza, New York, NY 10012.

Dated: September 26, 2006

           ADELMAN LAVINE GOLD AND LEVIN,
           A Professional Corporation

           /s/ William R. Hinchman
           William R. Hinchman, Esquire
           Suite 900, Four Penn Center
           Philadelphia, PA 19103