UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE BAYOU HEDGE FUND INVESTMENT LITIGATION | : : : : | 06 MD 1755 (CM) |
| ------------------------------------------------------------X | | |
| THIS DOCUMENT RELATES TO: | | |
| ------------------------------------------------------------X | : | |
| BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, MARIA LOUISE MICHELSOHN, MICHELLE MICHELSOHN, and HERBERT BLAINE LAWSON, JR., Individually and on Behalf of All Other Persons and Entities Similarly Situated, | : : : : : : : | No. 06 Civ. 3026 (CM) |
| Plaintiffs, | : : | 7:06-CV-11328-CM |
| vs. | : : | |
| BAYOU GROUP LLC, et al., | : : | **Electronically Filed** |
| Defendants. | : : | |

STATE OF FLORIDA        )
                                    ) ss.:
COUNTY OF BROWARD )

    Pursuant to 28 U.S.C. § 1746(2) (2004), I declare under penalty of perjury that the foregoing is true and correct:

1.     My name is Matthew Wolper. I am more than 18 years of age and understand the nature and obligation of an oath. I have personal knowledge of the facts and statements contained in this Declaration and each of them is true and correct. I am an attorney representing Hennessee Group, LLC, Charles Gradante and Elizabeth Lee Hennessee.

2.     I submit this Declaration in support of the Motion to Stay Proceeding and Compel Arbitration filed by Defendants Hennessee Group, LLC, Charles Gradante and Elizabeth Lee Hennessee.

797495_1

3. The First Amended Complaint, attached hereto as Exhibit A, is a true and correct copy of the First Amended Complaint filed by Travis Co. J.V., Roger Hill, Sr. and Christopher Hill.

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated herein are true.

Executed on November 8th, 2006

_____
Matthew Wolper