USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE BAYOU HEDGE FUND INVESTMENT
LITIGATION

06 MD 1755 (CM)

-------------------------------------X
THIS DOCUMENT RELATES TO:
-------------------------------------X

SOUTH CHERRY STREET, LLC,

    Plaintiff,

vs.

HENNESSEE GROUP LLC,
ELIZABETH LEE HENNESSEE and
CHARLES GRADANTE

    Defendants.

No.: 06-cv-02943 (CM)

STIPULATION

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the undersigned counsel, that Defendants may answer or otherwise move with respect to the Amended Complaint on or before April 6, 2007. In the event Defendants move with respect to the Amended Complaint, Plaintiff shall file any opposition thereto on or before April 27, 2007 and that Defendants shall file any reply papers on or before May 11, 2007.

BINGHAM MCCUTCHEN LLP

By: _____
Ted Poretz (TP 5387)
399 Park Avenue
New York, NY 10022
212-705-7412
212-702-3618
Attorneys for Plaintiff
South Cherry Street, LLC

BRESSLER, AMERY & ROSS, P.C.

By: _____
Matthew C. Plant (MP 0328)
17 State Street, 34th Floor
New York, NY 10004
212-425-9300
212-425-9337
Attorneys for Defendants
Hennessee Group, LLC, Elizabeth Lee
Hennessee and Charles Gradante

839817_1

So Ordered:

[signature]

Colleen McMahon, U.S.D.J.

3-7-07