# Exhibit A

HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

# Hennessee Hedge Fund Advisory Group

## Investor Presentation

*Your Strategic Partner In Hedge Fund Investing*

1



# *Table of Contents*

I.    Introduction to the Hennessee Group

II.   Hennessee Group Value Added

III.  The Case for Hedge Funds

IV.   Asset Allocation Process

V.    Manager Selection and Due Diligence

3

HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

# I. Introduction to the Hennessee Group

HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

# Characteristics of the Hennessee Group

**Industry Leader:** The most recognized hedge fund consulting firm in the industry. Invited by Congress to testify on Long Term Capital Management debacle and systemic risk.

**Investor:** Direct investments with 150 hedge funds.

**Focus:** Hedge fund consulting is our only business.

**Experience:** Hedge fund consulting since 1987...principals are early pioneers in the industry with over 50 combined years in the financial services industry.

**Research Oriented:** Seven research analysts, excluding principals, devoted to manager research and client relationships.

**Hands-on Approach:** Experience in trading and portfolio management supporting an in-depth manager due diligence process and performance monitoring.

**Registered Investment Advisors:** Registered with the Securities and Exchange Commission.

4



HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

# *Hennessee Group Principals*

## E. Lee Hennessee

- Founded the Hennessee Hedge Fund Advisory Group as a division of E.F. Hutton in 1987, and continued as a stand alone division and profit center at several large firms until its spin off in 1997 as the Hennessee Group LLC.
- Pioneer in the industry and credited as being the industry's first hedge fund consultant.
- First to segment hedge funds by "style" in 1987 recognized today as standard for the industry. Published in Barron's in 1993.
- Created the first hedge fund index by style of management for peer group measurement.
- Well known and respected by the "Street's" most celebrated hedge fund managers for over 18 years.
- Is often quoted by the print media and is a frequent guest on CNBC's "Squawk Box" to discuss hedge fund developments.
- Considered one of the top women entrepreneurs on Wall Street.
- Sits on the Investment Management Concentration Board for the University of North Carolina, Chapel Hill.
- Series 3, 7, 24, 63, and 65 registration with the NASD.

## Charles J. Gradante

- "Hands on" money management experience.
- Risk management, proprietary trading and portfolio supervision at a leading Wall Street investment bank.
- President of a U.S. national bank with active bond and foreign currency portfolios.
- Venture capital and management consulting experience.
- Frequently interviewed by print media to comment on market conditions and trends as they relate to hedge fund performance. Editor of Hennessee Hedge Fund Review®.
- Appears as co-host on CNBC's "Squawk Box."
- Monthly interview regarding hedge fund industry with Bloomberg International Wire Service.
- Sits on the Investment Management Concentration Board for the University of North Carolina, Chapel Hill.
- Testified before Congress on the hedge fund industry, systemic risks and Long Term Capital Management debacle.
- Member of International Association of Financial Engineers (IAFE) Credit Risk Management Committee. 5
- Series 65 registration with the NASD.

6



# II. Hennessee Group
# Value Added



HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

# *Research and Services for Investors*

## CUSTOMIZED HEDGE FUND PORTFOLIO

- Portfolio Objective and Benchmark
- Asset Allocation
- Manager Search, Selection, and Monitoring

## MONTHLY RESEARCH

- Hennessee Hedge Fund Indices® (For 22 Styles of Hedge Funds)
- Portfolio Performance Monitor
- Manager Performance Evaluation
- Hennessee Hedge Fund Review® (Newsletter)
- Internal Manager "Watch Report"

## EDUCATIONAL SERVICES

- Manager Presentations to Investors
- Hedge Fund Portfolio Exposure Analysis
- Annual Hedge Fund Manager Survey
- Annual Hedge Fund Investor Survey
- Industry Studies (High Yield, Distressed, Utility Arbitrage, Convertible Arbitrage, Market Neutral)
- "White Papers" (Implications of 3(c)7 Fund)
- Seminars (Taxes and New Legislation Update for Foundations and Endowments)
- Manager Roundtables (Investing in Europe; Biotechnology; Emerging Markets; Macro)

7



HENNESSEE GROUP LLC.
HEDGE FUND ADVISORY

# *Hennessee Group Value Added*

## PRESENCE IN THE HEDGE FUND INDUSTRY

- Credibility among managers, investors and industry professionals since 1987.
- Presence in the industry "opens doors" to which industry professionals and investors are not routinely exposed.
- Highlighted by the level of sophistication of our clients and the amount of capital for which we have consulting responsibilities.

## SUPERIOR INFORMATION FLOW

- Investments with 150 hedge fund managers.
- Personal and professional relationships with all key managers in the industry.
- Strong prime broker relationships.
- 200+ new manager meetings per year.

## HANDS-ON EXPERIENCE IN MANAGING MONEY

- Discernment and business judgement used to qualitatively evaluate hedge fund managers and strategies.

## PROPRIETARY DATABASE AND ANALYTICS

- In-house database of 3000+ hedge funds and access to all third party databases since 1991.
- Hennessee Hedge Fund Indices® in existence since 1987.
- Analytical tools used to quantitatively evaluate manager and portfolio performance.

8

HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

# *Hennessee Group Value Added*

## HENNESSEE HEDGE FUND REVIEW

- Monthly publication reviewing performance of major hedge fund strategies.
- Includes the Hennessee Hedge Fund Indices®

## PORTFOLIO CONSTRUCTION AND ALLOCATION

- "Top down" quantitative and qualitative portfolio allocation to hedge fund strategies.

## MANAGER SELECTION PROCESS AND DUE DILIGENCE

- Five phase due diligence process for evaluating the performance, risk management, organization, and security selection of each hedge fund.
- "Bottom up" analysis used to select managers in-line with top "top down" portfolio allocation.

## ONGOING PERFORMANCE MONITORING PROCESS

- Monthly Portfolio Performance Monitor: reviews performance of each manager and portfolio versus relevant benchmarks.
- Monthly Manager Performance Monitors: analyzes portfolio risks, market view of manager, and organizational changes of each hedge fund investment.
- Quarterly review of portfolio.

## ANNUAL INDUSTRY SURVEYS

- Annual Manager Survey
- Annual Investor Survey

9



HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

# III.   The Case for Hedge Funds

10



# Hedge Funds Versus Comparative Benchmarks
## Risk vs. Return Analysis - Jan-87 to Dec-00

HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

**Annualized Compounded Return**

20%
18%
16%
14%
12%
10%
8%
6%
4%
2%
0%

**Hennessee Hedge Fund Index**

**NASDAQ**

**S&P 500**

**Mutual Funds**

**Russell 2000**

**Lehman Bond Index**

**Standard Deviation**

0%   5%   10%   15%   20%   25%   30%   35%

* Mutual Funds:  The average total return for all equity mutual funds according to Lipper Analytical Securities Corp. and Morningstar. No deduction has been made for sales loads or redemption charges.

The above information has been obtained from sources believed to be reliable, but no guarantee is made with respect to its accuracy.  Past performance is no guarantee of future returns.

11



# The Value of Hedge Funds in a Diversified Portfolio
## Efficient Frontier Analysis - Jan-93 to Dec-00

HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

12

The above information has been obtained from sources believed to be reliable, but no guarantee is made with respect to its accuracy. Past performance is no guarantee of future returns.



*Hennessee Index® During Periods of S&P 500 Advance (Jan-93 to Dec-00)*

HENNESSEE GROUP LLC.
HEDGE FUND ADVISORY

13

The above information has been obtained from sources believed to be reliable, but no guarantee is made with respect to its accuracy. Past performance is no guarantee of future returns.



*Hennessee Index® During Periods of S&P 500 Decline (Jan-93 to Dec-00)*

14

The above information has been obtained from sources believed to be reliable, but no guarantee is made with respect to its accuracy. Past performance is no guarantee of future returns.

# *Hennessee Index® During Periods of S&P 500 Decline*
## *(Jan-93 to Dec-00)*

| Month | S&P 500 | Hennessee Index | Differential |
|---|---|---|---|
| April 1993 | -2.31% | 1.04% | 3.35% |
| July 1993 | -0.30% | 2.10% | 2.40% |
| Feb-March 1994 | -6.96% | -2.69% | 4.27% |
| Sept.-Nov 1994 | -3.89% | -1.11% | 2.77% |
| July 1996 | -4.42% | -2.43% | 1.99% |
| March 1997 | -4.11% | -0.80% | 3.31% |
| August 1997 | -5.60% | 0.34% | 5.94% |
| October 1997 | -3.34% | -0.91% | 2.43% |
| May 1998 | -1.72% | -1.63% | 0.09% |
| Jul-Aug 1998 | -15.37% | -9.25% | 6.12% |
| Jul-Sept 1999 | -6.25% | 0.71% | 6.96% |
| Jan-Feb 2000 | -6.82% | 7.92% | 14.74% |
| Apr-00 | -3.01% | -3.46% | -0.45% |
| Jul-00 | -1.56% | 0.00% | 1.56% |
| Sep-Nov 2000 | -13.28% | -4.72% | 8.56% |
| Differential | -78.93% | -14.89% | 64.04% |

HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

15

The above information has been obtained from sources believed to be reliable, but no guarantee is made with respect to its accuracy. Past performance is no guarantee of future returns.



HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

# *Hedge Fund Performance Characteristics*
## *(1987-2000)*

- Hedge funds *outperformed* in:

  - **AVERAGE MARKETS (S&P 500 Index +4% to +20%).**  Historically, the S&P has had an average annual return of 12% with a standard deviation of 8% (for example 1988, 1992, 1993, 1999).

  - **DOWN MARKETS**, especially those having a major correction (for example 1987, 1990) and those *not* having a major correction (for example 1994, 2000).

- Largely due to the losses associated with hedging, hedge funds *underperformed* in markets characterized by excessive valuation, speculative trading and momentum trading  (for example 1995, 1996, 1997, 1998).

- **When included as part of a traditionally managed portfolio, hedge funds can lower return volatility (standard deviation) and enhance overall returns.**

- **Unlike traditionally managed portfolios, hedge funds are both an offensive and defensive investment approach.**

  - Hedge funds participate on the upside in a bull market and protect capital in a market crash or an extended bear market.

16

HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

## *The Case for Hedge Funds in 2001*

- **The Hennessee Group expects continued volatility in the equity markets during 2001.**

  **Positive/Bullish Influences**

  Fed Easing

  Tax Cuts

  Return to Rationality

  **Negative/Bearish Influences**

  Corporate Earnings Disappointments

  Decrease in Consumer Confidence

  Slowdown in Consumer Spending

  Negative Trend in Productivity is of Concern

  Instability in Middle East (i.e. oil prices, political unrest)

  Bond Default Rates

- **2001 will experience robust conflict between the above elements, resulting in a volatile equity market in which hedge funds have historically outperformed.**

17

# IV.    Asset Allocation Process

**Asset Allocation Process**

HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

I. Objectives and Risk Policies

II. Analysis of Current Portfolio

III. Quantitative Asset Allocation by Region and Strategy

IV. Qualitative Asset Allocation by Region and Strategy

V. Manager Selection based on Quantitative Analysis

VI. Manager Selection based on Qualitative Analysis

VII. Performance Analysis of Recommended Portfolio

19

HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

## *Asset Allocation Process*

- Proper asset allocation involves a "bottom-up/top-down" portfolio construction.

- This process entails combining both quantitative and qualitative techniques at both the asset allocation and manager selection levels.

  – Asset Allocation

  - Modern Portfolio Theory, including Efficient Frontier analysis, is deployed to produce the asset allocation and portfolio construction. (quantitative)
  - The Hennessee Group makes adjustments to the quantitative asset allocation using our view of global and regional market conditions for 2001. (qualitative)

  – Manager Selection

  - Risk adjusted returns are analyzed from the Hennessee Group universe to determine superior managers relative to their peer group and appropriate market indices. (quantitative)
  - The Hennessee Group's proprietary due diligence process is utilized to improve the selection of managers, consistent with the client's view of which styles/sectors will outperform in 2001. (qualitative)

20

# V.  Manager Selection and Due Diligence

# Importance of Using a Consultant in Manager Selection



HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|---|---|---|---|
| **Top Quartile** | | | | | | | | |
| High | 134.9% | 99.0% | 147.8% | 118.9% | 103.5% | 126.0% | 332.6% | 157.6% |
| Low | 39.3% | 9.1% | 34.9% | 32.0% | 29.4% | 12.8% | 49.3% | 20.6% |
| **Average of Top Quartile** | 59.4% | 22.2% | 50.9% | 47.3% | 42.4% | 28.9% | 86.2% | 38.3% |
| **Second Quartile** | | | | | | | | |
| High | 39.2% | 8.8% | 34.9% | 32.0% | 29.4% | 12.6% | 48.8% | 20.2% |
| Low | 24.1% | 1.9% | 19.7% | 21.1% | 17.2% | 4.7% | 23.1% | 10.1% |
| **Average of Second Quartile** | 30.1% | 5.6% | 26.4% | 25.9% | 22.9% | 8.0% | 35.8% | 14.8% |
| **Third Quartile** | | | | | | | | |
| High | 23.3% | 1.9% | 19.2% | 21.1% | 17.5% | 4.6% | 23.1% | 9.4% |
| Low | 9.9% | -10.2% | 10.5% | 12.2% | 8.7% | -8.5% | 14.1% | -5.6% |
| **Average of Third Quartile** | 16.6% | -4.3% | 15.0% | 16.5% | 13.4% | -1.3% | 17.5% | 2.3% |
| **Bottom Quartile** | | | | | | | | |
| High | 9.2% | -10.3% | 10.4% | 12.1% | 8.6% | -8.7% | 14.1% | -5.6% |
| Low | -25.8% | -62.3% | -75.1% | -45.5% | -56.9% | -77.4% | -44.5% | -79.8% |
| **Average of Bottom Quartile** | -1.0% | -23.0% | -7.1% | 0.0% | 0.1% | -28.5% | 2.0% | -21.6% |
| **Hennessee Hedge Fund Index** | 21.8% | 0.8% | 15.4% | 17.4% | 17.8% | 1.8% | 32.4% | 7.6% |
| **Spread Between Quartile and Index** | | | | | | | | |
| Top Quartile | 32.9% | 22.0% | 29.6% | 24.8% | 22.7% | 27.0% | 53.8% | 30.6% |
| Second Quartile | 3.6% | 5.4% | 5.1% | 3.4% | 3.2% | 6.1% | 3.4% | 7.2% |
| Third Quartile | -9.8% | -4.5% | -6.3% | -6.0% | -6.3% | -3.2% | -14.9% | -5.3% |
| Bottom Quartile | -27.5% | -23.2% | -28.4% | -22.5% | -19.6% | -30.3% | -30.4% | -29.2% |

The above information has been obtained from sources believed to be reliable, but no guarantee as made with respect to its accuracy. Past performance is no guarantee of future returns.

22







HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

# Hennessee Hedge Fund Advisory Group

## Investor Presentation

*Your Strategic Partner In Hedge Fund Investing*

25

# Exhibit B

## 2001 Statement of Cash Flows for Mr. Craig Bollman

| Manager | Date | Amount |
|---|---|---|
| **Additions/(Redemptions):** | | |
| Sage Opportunity Fund (QP) L.P. | September 1, 2001 | $1,000,000 |
| West Broadway Partners, LP | November 1, 2001 | 1,000,000 |
| **Total Investment(s)** | | **$2,000,000** |

**Notes:**

Performance numbers are obtained from the managers and are unaudited estimates. Numbers are net of management and incentive fees, and should not be used for tax purposes.

Performance data is not confirmed by Hennessee Group LLC, and no representation is made with respect to the accuracy and completeness of the data.

Performance numbers are subject to change.

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.

## 2002 Statement of Cash Flows for Mr. Craig Bollman

| Manager | Date | Amount |
|---|---|---|
| **Ending Balances(s)** | | |
| Sage Opportunity Fund (QP) L.P. | December 31, 2001 | $981,702 |
| West Broadway Partners, LP | December 31, 2001 | 1,019,747 |
| **Addition(s)** | | |
| Cobalt Partners, L.P. | January 1, 2002 | 1,000,000 |
| **Initial Investment(s)** | **January 1, 2002** | **$3,001,449** |
| | | |
| **Additions/(Redemptions):** | | |
| Bricoleur Partners II, L.P. | September 1, 2002 | 1,000,000 |
| **Total Investment(s)** | | **$4,001,449** |

**Notes:**

Performance numbers are obtained from the managers and are unaudited estimates. Numbers are net of management and incentive fees, and should not be used for tax purposes.

Performance data is not confirmed by Hennessee Group LLC, and no representation is made with respect to the accuracy and completeness of the data.

Performance numbers are subject to change.

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.

## 2003 Statement of Cash Flows for Mr. Craig Bollman

| Manager | Date | Amount |
|---|---|---|
| **Ending Balances(s)** | | |
| Bricoleur Partners II, L.P. | December 31, 2002 | $982,865 |
| Cobalt Partners, L.P. | December 31, 2002 | 1,051,737 |
| Sage Opportunity Fund (QP) L.P. | December 31, 2002 | 839,715 |
| West Broadway Partners, LP | December 31, 2002 | 995,874 |
| **Initial Investment(s)** | **January 1, 2003** | **$3,870,191** |
| | | |
| **Additions/(Redemptions):** | | |
| Bayou Accredited Fund, LLC | March 1, 2003 | 250,000 |
| Bayou Accredited Fund, LLC | May 1, 2003 | 250,000 |
| Bayou Accredited Fund, LLC | June 1, 2003 | 1,500,000 |
| **Total Investment(s)** | | **$5,870,191** |

**Notes:**

Performance numbers are obtained from the managers and are unaudited estimates. Numbers are net of management and incentive fees, and should not be used for tax purposes.

Performance data is not confirmed by Hennessee Group LLC, and no representation is made with respect to the accuracy and completeness of the data.

Performance numbers are subject to change.

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.

## 2004 Statement of Cash Flows for Mr. Craig Bollman

| Manager | Date | Amount |
|---|---|---|
| **Ending Balance(s)** | | |
| Bayou Accredited Fund, LLC | December 31, 2003 | $2,221,447 |
| Bricoleur Partners II, L.P. | December 31, 2003 | 1,162,382 |
| Cobalt Partners, L.P. | December 31, 2003 | 1,220,635 |
| Sage Opportunity Fund (QP) L.P. | December 31, 2003 | 957,353 |
| West Broadway Partners, LP | December 31, 2003 | 1,040,012 |
| **Initial Investment(s)** | **January 1, 2004** | **$6,601,828** |
| | | |
| **Additions/(Redemptions):** | | |
| Bayou Accredited Fund, LLC | February 29, 2004 | (1,000,000) |
| Bayou Accredited Fund, LLC | March 31, 2004 | (750,000) |
| Sage Opportunity Fund (QP) L.P. | March 31, 2004 | (957,353) |
| West Broadway Partners, LP | June 30, 2004 | (1,040,012) |
| Bricoleur Partners II, L.P. | September 30, 2004 | (1,162,382) |
| Bayou Accredited Fund, LLC | October 1, 2004 | 900,000 |
| **Total Investment(s)** | | **$2,592,082** |

**Notes:**

Performance numbers are obtained from the managers and are unaudited estimates. Numbers are net of management and incentive fees, and should not be used for tax purposes.

Performance data is not confirmed by Hennessee Group LLC, and no representation is made with respect to the accuracy and completeness of the data.

Performance numbers are subject to change.

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.

## 2005 Statement of Cash Flows for Mr. Craig Bollman

| Manager | Date | Amount |
|---|---|---|
| **Ending Balances(s)** | | |
| Bayou Accredited Fund, LLC | December 31, 2004 | $1,496,945 |
| Cobalt Partners, L.P. | December 31, 2004 | 1,459,275 |
| **Total Investment(s)** | | **$2,956,220** |

**Notes:**

(1) BAYOU MANAGEMENT LLC - Due to the ongoing investigation of Bayou Management LLC, it is necessary to contact your tax adviser regarding the treatment of your investment.

Performance numbers are obtained from the managers and are unaudited estimates. Numbers are net of management and incentive fees, and should not be used for tax purposes.

Performance data is not confirmed by Hennessee Group LLC, and no representation is made with respect to the accuracy and completeness of the data.

Performance numbers are subject to change.

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.

## 2006 Statement of Cash Flows for Mr. Craig Bollman

| Manager | Date | Amount |
|---|---|---|
| **Ending Balances(s)** | | |
| Bayou Accredited Fund, LLC | December 31, 2005 | $1,565,140 |
| Cobalt Partners, L.P. | December 31, 2005 | 1,703,212 |
| **Full Redemption(s)** | | |
| Bayou Accredited Fund, LLC | December 31, 2005 | (1,565,140) |
| **Total Investment(s)** | | **$1,703,212** |

**Notes:**

Performance numbers are obtained from the managers and are unaudited estimates. Numbers are net of management and incentive fees, and should not be used for tax purposes.

Performance data is not confirmed by Hennessee Group LLC, and no representation is made with respect to the accuracy and completeness of the data.

Performance numbers are subject to change.

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.

# Exhibit C

## 2001 Portfolio Performance Monitor Prepared for Mr. Craig Bollman

| Manager | YTD Return | Current % Weight | 2001 (est.) Beginning Value | January | February | March | April | May | June | July | August | September | October | November | December | Current Value | Annual Gain/Loss | % Return Since Jan 1 (Annualized) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| West Elkhorn Partners, LP | 8.37% | 50.54% | | 2.30% | 0.35% | 5.21% | 1.22% | 2.16% | -1.30% | 1.61% | 3.44% | -1.93% | 0.99% | 0.18% | 3.08% | $1,292,920 | $5,103,747 | $19,747 | 1.97% |
| Elementum Event-Driven Index | | 51.01% | | 3.16% | 1.42% | 1.82% | 2.73% | 1.07% | 1.71% | 2.09% | 0.17% | -1.90% | -1.02% | 1.47% | $1,350,930 | | | |
| Sage Opportunity Fund QP, L.P. | 6.61% | 49.00% | | 5.50% | 0.40% | -0.72% | 1.70% | -1.22% | 0.90% | -2.44% | 0.90% | 6.11% | 9.76% | 2.50% | $953,443 | $982,191 | ($17,801) | -1.78% |
| Elementum Opportunistic Index | 1.93% | 48.61% | | 2.17% | 2.77% | 2.81% | 2.01% | 0.77% | 1.00% | -2.22% | 1.77% | -3.43% | 3.78% | -0.52% | $953,443 | | | |
| **Grand Total** | | 100.00% | | | | | | | | | | | | | | **$2,286,363** | **$2,286,363** | **$1,943** | |
| | | | | | | | | | | | | | | | | | | | |
| S&P 500 GSPC | -11.89% | | | 3.55% | -9.23% | -6.42% | 7.77% | 0.51% | -2.51% | -0.08% | -4.29% | -8.46% | 1.91% | 7.67% | 0.88% | | | |
| MSCI EAFE (USD) Price Index | -22.53% | | | -4.97% | -7.41% | -6.67% | 8.19% | -1.62% | -5.66% | -2.75% | -13.50% | -11.18% | 1.95% | 2.58% | 0.37% | | | |
| Russell 3000 | 7.03% | | | 3.13% | -6.80% | -5.07% | 7.76% | 2.09% | -3.41% | -1.18% | -8.78% | 7.73% | 7.62% | 0.38% | | | |
| NASDAQ | -22.14% | | | 12.23% | -22.70% | -14.49% | 15.00% | 0.27% | -4.77% | -10.94% | -16.48% | 12.77% | 14.22% | 1.01% | | | |
| Elementum Index Fund Index | 0.00% | | | 2.63% | -2.36% | -7.68% | 1.76% | 1.46% | -1.22% | -2.13% | -0.76% | 1.67% | 2.28% | | | | |
| | | | | | | | | | | | | | | | | | | |
| Portfolio Return ($ USD Standards) | | | | | | | | | | | | | | | | | | |
| Time Weighted | -0.97% | | | | | | | | | | | | 0.81% | | -1.16% | | 7.23% | |
| Dollar Weighted | 8.13% | | | | | | | | | | | | -2.60% | | | | | |

See notes in the Statement of Cash Flows.

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.

Please feel free to contact your Hedge Fund Consultant, Lorena Plaunce or Erica Seiler at 212-857-6438 (Jan 11 2002, 10:50 AM)

## 2002 Portfolio Performance Monitor Prepared for Mr. Craig Bollman

| | YTD Return | Current % Weighting | 2001 year-end Beginning Value | January | February | March | April | May | June | July | August | September | October | November | December | Current Value | Annual Gain/Loss | No Report Gain on 1/1 position |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| West Diamonte Partners, LP | -5.29% | 32.14% | $1,039,747 | 0.79% $1,040,886 | -0.57% $1,040,285 | 3.43% $1,036,591 | 3.64% $1,057,824 | -0.30% $1,055,561 | -1.82% $990,488 | 3.47% $990,586 | 0.81% $991,646 | 0.21% $993,768 | -2.25% $991,946 | -0.50% $997,681 | -0.80% $991,897 | | ($32,850) | -2.94% |
| Homcom Event Driven Index | -0.43% | -7.72% | | 0.47% | -0.72% | 1.23% | 3.73% | 0.28% | -2.26% | 2.28% | 0.87% | -3.25% | 2.77% | 1.67% | 1.67% | | | |
| Broadmit Partners E.L.P | 0.22% | 23.77% | | 1.44% | -0.22% | 1.90% | | 0.52% | -0.35% | | 0.95% | -0.48% | | -0.81% | -0.96% | | | |
| Homcom Growth Index | -11.64% | -7.17% | | -0.47% | -2.68% | -1.77% | | -1.17% | -3.17% | | 0.45% | 1.27% | | -1.17% | -2.67% | $503,561 | $61,435 | ($15,265) |
| Gang Optionmatic Fund LP II | -16.57% | 23.46% | $999,448 | -2.76% $978,951 | 3.36% $978,501 | 3.13% $966,480 | -0.36% $966,030 | 0.81% $955,445 | -2.56% $897,430 | 0.81% $897,350 | 0.37% $914,484 | 1.35% $891,542 | -2.95% $868,360 | -2.56% $828,636 | -2.40% $838,136 | | | |
| Homcom Opportunistic Index | -8.12% | -7.69% | $99,702 | 2.77% | 2.77% | -1.07% | 0.07% | 0.77% | -0.17% | -0.05% | 0.26% | -1.15% | -1.77% | 1.97% | -2.68% | | | |
| Galob Partners, LP | 1.24% | 27.29% | $1,000,000 | 0.22% | -1.18% | 1.20% | 2.26% | -0.15% | $1,020,928 | -0.60% $1,075,221 | 2.25% $1,068,311 | -2.26% $1,005,133 | 0.19% $1,005,514 | 2.25% $1,005,614 | | $1,012,819 | $52,419 | |
| Homcom Mater Index | -7.09% | -7.35% | $11,801,700 | 0.73% | -0.48% | 1.32% | 2.33% | -0.17% | -0.23% | -0.79% | 2.25% | -2.73% | 2.25% | -2.66% | | | | 3.23% |
| **Grand Total** | | **100.00%** | $3,039,195 | $3,019,264 | $2,996,461 | $2,998,466 | $2,978,841 | $2,963,773 | $2,889,817 | $2,902,418 | $2,874,417 | $2,965,005 | $2,864,712 | $2,889,565 | $3,666,507 | | ($33,696) | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S&P 500 DRI | -22.10% | | | -1.46% | -1.97% | 7.79% | -6.07% | -0.76% | -7.12% | -7.80% | 0.60% | -10.87% | 8.64% | 5.87% | -5.90% | | | |
| MSCI EAFE (USD) Price Index | -17.25% | | | -3.08% | 0.27% | 5.13% | 0.07% | 4.16% | -1.41% | -9.40% | -0.85% | -10.87% | 2.58% | 4.47% | -4.00% | | | |
| Russell 2000 | -21.01% | | | -1.04% | -2.74% | 8.06% | 4.44% | -4.85% | -5.06% | -15.18% | -0.47% | -7.46% | 3.08% | 8.80% | -5.57% | | | |
| NASDAQ | -31.53% | | | -0.68% | -10.47% | 6.56% | -8.51% | -4.29% | -9.44% | -0.25% | -0.86% | -10.86% | 13.45% | 11.21% | -9.69% | | | |
| Homcom Hedge Fund Index | -3.91% | | | 0.56% | -0.49% | 1.7% | -0.07% | -0.09% | -2.08% | -2.27% | 0.37% | 1.7% | 8.98% | 2.41% | -0.06% | | | |

| Portfolio Return (AIMR Standards) | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Weighted | -1.95% | | | -2.07% | -1.67% | 1.60% | 0.18% | 0.44% | -2.00% | -4.18% | 0.67% | -2.13% | 0.12% | 0.21% | | | | |
| Dollar Weighted | -3.08% | | | | | | | | | | | | | | | | | |

See notes on the Statement of Cash Flows.

This information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.

Please feel free to contact your Hedge Fund Consultant, Lorenz Fiexport or Bebra Seaber at 212-857-6430. (Feb 3 2003, 1:01 PM)

2003 Portfolio Performance Monitor Prepared for Mr. Craig Boslman

Manager rows:
- West Broadway Partners, LP
- Harmonic Event Driven Index
- Divisional Partners II, L.P
- Harmonic Convex Index
- Barow Alternatives Fund LLC
- Saar Opportunity Fund (QP) L.P
- Harmonic Opportunistic Index
- Cobalt Partners, LP
- Harmonic Value Index
- Grand Total

- S&P 500 DIV
- MSCI EAFE (USD) Prow Index
- Russell 2000
- NASDAQ
- Harmonic Index Fund Index

Portfolio Return (ANR Standards):
- Time Required
- Dollar Required

See notes to the Statement of Cash Flows

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.

## 2004 Portfolio Performance Monitor Prepared for Mr. Craig Bollman

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.

Please feel free to contact your Hedge Fund Consultant, Lawson Phrupe or Steve Statler at 212-857-XXXX (Jan 31 2005, 6:24 PM)

Hennessee Hedge Fund Advisory Group

## 2005 Portfolio Performance Monitor Prepared for Mr. Craig Bollman

Bayou Accredited Fund, LLC (1)

Hennessee Opportunistic Index

Graham Partners, L.P.

Hennessee Value Index

**Overall Fund**

S&P 500 (DRI)

MSCI EAFE (USD) Price Index

Russell 2000

NASDAQ

Hennessee Hedge Fund Index

Portfolio Return (GIPS Standards)

See notes on the Statement of Cash Flows

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.

Hennessee Hedge Fund Advisory Group

## 2006 Portfolio Performance Monitor Prepared for Mr. Craig Bollman

| Manager | YTD Return | Current % Weighting | 2006 (est.) Beginning Value | January | February | March | April | May | Current Value | $ Gain (Loss) | % Return Since Jan 1 or Inception |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cobalt Partners, L.P. | 4.49% | 100.00% | | 2.58% | -0.84% | 1.05% | 3.32% | -1.61% | | | 4.49% |
| Hennessee Value Index | 5.96% | 100.00% | $1,703,212 | $1,741,155 | $1,732,479 | $1,750,670 | $1,808,792 | $1,779,671 | $1,779,671 | $76,458 | 4.49% |
| | | | | 2.25% | 0.37% | 1.93% | 1.64% | -1.60% | | | |
| **Grand Total** | | **100.00%** | **$1,703,212** | **$1,747,155** | **$1,732,479** | **$1,750,670** | **$1,808,792** | **$1,779,671** | **$1,779,671** | **$76,458** | |
| | | | | | | | | | | | |
| S&P 500 DRI | 2.57% | | | 2.65% | 0.27% | 1.25% | 1.34% | -2.88% | | | |
| MSCI EAFE (USD) Price Index | 9.09% | | | 6.10% | -0.35% | 2.88% | 4.51% | -4.04% | | | |
| Russell 2000 | 7.51% | | | 8.97% | -0.28% | 4.83% | -0.02% | -3.62% | | | |
| NASDAQ | -1.20% | | | 4.56% | -1.06% | 2.56% | -0.74% | -6.19% | | | |
| Hennessee Hedge Fund Index | 5.94% | | | 3.48% | 0.37% | 1.78% | 1.31% | -1.27% | | | |
| | | | | | | | | | | | |
| **Portfolio Return (AIMR Standards):** | | | | | | | | | | | |
| Time Weighted | 4.49% | | | 2.38% | -0.84% | 1.03% | 3.32% | -1.61% | | | |
| Dollar Weighted | 4.49% | | | | | | | | | | |

See notes on the Statement of Cash Flows.

Please feel free to contact your Hedge Fund Consultant, Brian Snider or Samuel Norvell at 212-857-4400. (Jan 13 2006, 5:47 PM)

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.