Bradley D. Simon (BS 3406)
Brian D. Waller (BW 7163)
Jeremy M. Weintraub (JW 4483)
SIMON & PARTNERS LLP
30 Rockefeller Plaza, 42nd Floor
New York, New York 10012
(212) 332-8900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | | |
|---|---|---|
| In Re: Bayou Hedge Funds | : | 06-md-01755   (CM) (MDF) |
| Investment Litigation | : | |

-------------------------------------------------------X

| | | |
|---|---|---|
| This Document Relates To: | : | |
| Broad-Bussel Family Limited | : | |
| Partnership, et al., | : | 06-cv-3026   (CM) (MDF) |
| | : | |
| v. | : | |
| | : | |
| Bayou Group, LLC, et al. | : | |

-------------------------------------------------------X

## Notice of Appearance

TO THE CLERK OF THE COURT:

Please enter my appearance, Bradley D. Simon of Simon & Partners LLP, as counsel in this case for defendant James G. Marquez. I certify that I was admitted to practice in the Southern District of New York on August 9, 1983.

Dated: New York, New York
       April 13, 2007

/s Bradley D. Simon
Bradley D. Simon (BS 3406)
SIMON & PARTNERS LLP
30 Rockefeller Plaza, 42nd Floor
New York, New York 10012
(212) 332-8900

*Attorneys for Defendant James G. Marquez*