# Exhibit A



# Hennessee Hedge Fund Advisory Group

## Investor Presentation

*Your Strategic Partner*
*In Hedge Fund Investing*

# Hennessee Hedge Fund Advisory Group

## Investor Presentation

*Your Strategic Partner In Hedge Fund Investing*

## Table of Contents

I.    What is a Hedge Fund
II.   Why Invest in Hedge Funds
III.  Who We Are
IV.   Hennessee Group Value Added
V.    The Importance of Due Diligence
VI.   On Going Due Diligence



I. What Is A Hedge Fund







Hedge Fund Performance
Hennessee Index   vs. S&P 500 During Periods of Market Decline
(January 1, 1993-September 2000)

| Month | Year | S&P 500 | Hennessee Index | Differential |
|---|---|---|---|---|
| April | 1993 | -2.31% | 1.04% | 3.35% |
| July | 1993 | -0.30% | 2.10% | 2.40% |
| Feb-March | 1994 | -6.90% | -2.69% | 4.27% |
| Sept.-Nov | 1994 | -3.89% | -1.11% | 2.77% |
| July | 1996 | -4.42% | -3.43% | 1.99% |
| March | 1997 | -4.11% | -0.80% | 3.31% |
| August | 1997 | -5.60% | 0.34% | 5.94% |
| October | 1997 | -3.34% | -0.91% | 2.43% |
| May | 1998 | -1.72% | -1.63% | 0.09% |
| Jul-Aug | 1998 | -15.37% | -9.25% | 6.12% |
| Jul-Sept | 1999 | -6.25% | 0.71% | 6.96% |
| Jan-Feb | 2000 | -5.82% | 7.05% | 13.87% |
| April | 2000 | -3.01% | -3.05% | 0.03% |
| July | 2000 | -1.98% | -6.90% | 8.88% |
| September | 2000 | -5.35% | -0.40% | 4.98% |
| | Totals: | -71.14% | -17.53% | 67.27% |

4



### Hedge Fund Performance Characteristics 1987-1999

- Hedge funds outperformed in:

  - AVERAGE MARKETS: S&P 500 Index +21.6 v +20.4. Here to 48% the S&P has had an average annual return of 12%, with standard deviation of 9% for example.

  - DOWN MARKETS: especially down during a hedge fund correction, for example, 1987, 1990, 1994 and those years losing capital in stocks, for example.

- Lurgely due to the losses associated with hedging, hedge funds underperformed in markets characterized by excessive valuation, speculative trading, and momentum trading, for example.

- When included as part of a traditionally managed portfolio, hedge funds can lower return volatility (standard deviation) and enhance overall returns.

- Unlike traditionally managed portfolios, hedge funds are both offensive and defensive investment approach.

  - Hedge funds can participate on the upside in a bull market and protect capital in a market correction or a volatile bear market.



III. Who We Are

## Hennessee Group LLC

- **Industry Leader:**
- **Investor:**
- **Focus:**
- **Experience:**
- **Hennessee Hedge Fund Indices:**
- **Research:**
- **Hands-on:**

## Hennessee Group Principals



V.  The Importance
of
Due Diligence



*Importance of Manager Selection*
*Hennessee Hedge Fund Industry Performance Analysis*









8









## Level Three Due Diligence

**ONSITE INTERVIEW WITH MANAGER**

- Qualitative Components
  - Meeting scheduled at manager location
  - Focus on completing level two questions
  - Address concerns and attain answers to any new questions not yet addressed as a result of our internal Investment Committee meeting

- Interact with Personnel from the top down to develop an impression of overall professionalism, attitude, and depth of organization
- Notes complete once concerns addressed following is an Investment Committee meeting to determine status of manager

- Qualitative Aspects
  - Systems
    - Administrative
    - Trading
    - Risk Management
  - Personnel
  - Culture
  - Organization/Philosophy
  - Environment

## Level Four - Due Diligence

- **Receipt of required information:**
  1. Individual positions of the portfolio; Long, Short, Cash and Derivatives
  2. Off balance sheet transactions; Counter-party risk
  3. Weightings of individual holdings
  4. Average holding period of positions
  5. Beta, market capitalization and trade days of portfolio

12



13



## VI. On-Going Due Diligence

## On-Going Due Diligence

- Making a decision to invest in a manager is only the first step. Monitoring the investment, once it is made, is equally important.
    - Most Partnership Agreements allow the manager to invest with few constraints.
    - Style Drift can often become a problem.
    - Monitoring adaptation to changing market conditions.

- We provide our clients with monthly portfolio reports.
    - Evaluate each manager's return on both an absolute and relative basis, while comparing this data to the manager's peer group indices and other appropriate benchmarks.

- A disciplined on going Due Diligence analysis for each manager our clients are invested in.
    - Detailed manager and portfolio information.
    - Compilation on either a monthly, bi-monthly, or quarterly basis.
    - A consistent template which facilitates the client's review process.

14



15