UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re Bayou Hedge Fund Litigation          :   06 MDL 1755 (CM) (MDF)
                                                            :
------------------------------------------------------------x
                                                            :
This Document Relates To:
Broad-Bussel Family Limited Partnership, et al.   :
                                                            :
v.                                                          :   06 Civ. 3026 (CM) (MDF)
                                                            :
Bayou Group, LLC, et al.,                  :
                                                            :   **Electronically Filed**
------------------------------------------------------------x


### AFFIDAVIT IN SUPPORT OF MOTION FOR WITHDRAWAL
### AND DISPLACEMENT OF ATTORNEYS OF RECORD

STATE OF CONNECTICUT)
                    ) ss.:
COUNTY OF FAIRFIELD )

Stanley A. Twardy, Jr., being duly sworn, deposes and says:

1. I am a member of the firm of Day Pitney LLP.

2. I, together with four other current attorneys with my firm, have entered appearances in the above action on behalf of James G. Marquez under docket number 06 MDL 1755. The other attorneys are: Thomas D. Goldberg, Michael G. Considine, Terence J. Gallagher and Doreen Klein.

3. Mr. Gallagher and Ms. Klein also entered appearances on behalf of James G. Marquez under docket number 06 Civ. 3026.

71393753.1 158227-000000

4. Mr. Marquez has retained the law firm of Simon & Partners LLP as new counsel in this case and now desires to have Day Pitney LLP withdraw and be displaced by Simon & Partners LLP.

5. On or about April 13, 2007 Bradley D. Simon of Simon & Partners LLP filed a notice of appearance in this case.

6. Day Pitney LLP has not been active in this action since April 13, 2007.

7. Accordingly, I respectfully request that the Court permit me and the other attorneys from Day Pitney LLP to withdraw our appearances so that we may be displaced as attorney of record by attorneys from the firm of Simon & Partners LLP.

_____
Stanley A. Twardy, Jr.

Subscribed and sworn to before me this
1st day of May, 2007.

_____
Notary Public
My Commission Expires:

NATALIE L. SABANSKI
NOTARY PUBLIC
MY COMMISSION EXPIRES 9/30/10

-2-

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2007, a copy of the foregoing Affidavit in Support of Motion for Withdrawal and Displacement of Attorneys of Record was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ Doreen Klein
Doreen Klein (DK 4982)