## Van De Weert, John K.

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Wednesday, February 21, 2007 8:08 AM |
| **To:** | deadmail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 7:06-md-01755-CM-MDF In Re: Bayou Hedge Funds Investment Litigation Pretrial Conference - Interim |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### United States District Court for the Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 2/21/2007 at 8:07 AM EST and filed on 2/15/2007
**Case Name:**     In Re: Bayou Hedge Funds Investment Litigation
**Case Number:**    7:06-md-1755
**Filer:**
**Document Number:** No document attached

### Docket Text:
Minute Entry for proceedings held before Judge Colleen McMahon : Pretrial Conference held on 2/15/2007. Parties present. Class discovery to be completed by 5/31/2007; class motions due 7/15/2007; responses due 8/15/2007; and replies due 8/31/2007. (See 2/15/2007 transcript). (Submitted by Judd Henry). (Court Reporter Thomas W. Murray) (mde)


**7:06-md-1755 Notice has been electronically mailed to:**
Ted Poretz ted.poretz@bingham.com
Sung-Hee Suh sung-hee.suh@srz.com, evan.melluzzo@srz.com
Thomas D. Goldberg tdgoldberg@daypitney.com
Terence Joseph Gallagher tjgallagher@daypitney.com
William Morten Tong wtong@fdh.com
Patrick John McHugh pmchugh@fdh.com
Neal Arthur DeYoung nealadeyoung@aol.com
Lawrence Elliott Fenster lfenster@bressler.com
Janice J. DiGennaro janice.digennaro@rivkin.com
William L. Prickett wprickett@seyfarth.com
Howard K. Levine hlevine@carmodylaw.com
Matthew C Plant mplant@bressler.com
Mark Bruce Blocker mblocker@sidley.com, efilingnotice@sidley.com
John Kenneth Van de Weert jvandeweert@sidley.com
Lawrence Jay Lederer llederer@bm.net
Lane Lanier Vines lvines@bm.net

Bennett Falk jparnes@bressler.com
Doreen Klein dklein@dbh.com
Michael G. Considine mgconsidine@dbh.com
James Erik Breitenbucher james.breitenbucher@srz.com
Kevin P. Conway kpc@conway-conway.com
Shari Claire Lewis shari.lewis@rivkin.com
Jay Christopher Rooney crooney@carmodylaw.com
Merrill G Davidoff mdavidoff@bm.net
Kent David Ballaty Sinclair ksinclair@seyfarth.com
Jodi D. Luster jluster@seyfarth.com
Matthew Thomas Albaugh matthew.albaugh@bakerd.com, crystal.hansen@bakerd.com
David Kerr Herzog david.herzog@bakerd.com
Matthew E. Wolper mwolper@bressler.com
Marvin Grady Pipkin mpipkin@pobllp.com

**7:06-md-1755 Notice has been delivered by other means to:**

Stephen P. Allison
Haynes & Boone
1600 NBC Bank Plaza
112 East Pecan Street
San Antonio, TX 78205-1540

Brian F. Amery
Bressler, Amery & Ross, P.C.
2801 SW 149th Avenue
Suite 300
Miramar, FL 33027

William M. Bloss
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

Gary D. Bressler
Adelman Lavine Gold and Levin
Four Penn Center
Suite 900
Philadelphia, PA 19103

Anne L. Cowgur
McTurnan & Turner
2400 Market Tower
10 West Market Street
Indianapolis, IN 46204

Marc J. Grenier
DePanfilis & Vallerie, LLC
25 Belden Avenue
P.O. Box 699
Norwalk, CT 06852

5/29/2007

William R. Hinchman
Adelman Lavine Gold and Levin
Suite 900
Four Penn Center
Philadelphia, PA 19103

Jennfier R. Hoover
Adelaman Lavine Gold and Levin
Four Penn Center
Suite 900
Philadelphia, PA 19103

Lee B. McTurnan
McTurnan & Turner
2400 Market Tower
10 West Market Street
Indianapolis, IN 46204

Gary M. Schildhorn
Law Firm of Adelman Lavine Gold and Levin, PC
Four Penn Center Suite 900
Philadelphia, PA 19103-2808

Jonathan M. Stemerman
Adelman Lavine Gold and Levin
Suite 900
Four Penn Center
Philadelphia, PA 19103

Wayne C. Turner
McTurnan & Turner
2400 Market Tower
10 West Market Street
Indianapolis, IN 46204

Stanley A. Twardy
Day Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901-2047

5/29/2007