# EXHIBIT B



CBMDL 01577