**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



-----------------------------------X
|
In RE: Bayou Hedge Funds         |   NOTICE OF REASSIGNMENT
|
|   06  md.  1755 (CM)(MDF)
|       05cv8532
|       06cv2379
|       06cv2943
-----------------------------------X   06cv3025
        06cv3026
        06cv3028
        06cv6478
        06cv6837
        06cv11328
        07cv2026

   Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

        JUDGE: Colleen McMahon (NYC)

   All future documents submitted in this action shall bear the assigned judge's initials after the case number. If this case is assigned to the Electronic Case Filing (ECF) system, documents must be submitted electronically, and shall also bear the notation "ECF CASE" under the docket number.

   The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

                        J. Michael McMahon, CLERK

Dated: 8/3/07
                        by: _____
                                 Deputy Clerk

DESIGNATED TO MAGISTRATE JUDGE: Mark D. Fox

CC: Attorneys of Record

Revised: September 9, 2004

**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



---------------------------------X
|
In RE: Bayou Hedge Funds  | NOTICE OF REASSIGNMENT
|
| 06   md.   1755 (CM)(MDF)
|     05cv8532
|     06cv2379
---------------------------------X    06cv2943
      06cv3025
      06cv3026
      06cv3028
      06cv6478
      06cv6837
      06cv11328
      07cv2026

   Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

   JUDGE: Colleen McMahon (NYC)

   All future documents submitted in this action shall bear the assigned judge's initials after the case number. If this case is assigned to the Electronic Case Filing (ECF) system, documents must be submitted electronically, and shall also bear the notation "ECF CASE" under the docket number.

   The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

Dated: 8/3/07

J. Michael McMahon, CLERK

by: _____
Deputy Clerk

DESIGNATED TO MAGISTRATE JUDGE: Mark D. Fox

CC:  Attorneys of Record

Revised: September 9, 2004