UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

In re Bayou Hedge Fund Investment Litigation

06 md 1755 (CM)

_____x

## STATUS REPORT

McMahon, J.:

    Would all counsel in any open cases under this MDL number please send the court a written status report concerning what remains to be done in your case? Thank you.

_____
U.S.D.J.

Dated: July 8, 2008

BY ECF TO ALL COUNSEL

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08