# BRESSLER, AMERY & ROSS, P.C.
### ATTORNEYS AT LAW

P.O. BOX 279807
MIRAMAR, FL 33027
(954) 498-7979
FAX: (954) 499-7969

HAND DELIVERY:
HUNTINGTON CENTRE II
2801 S.W. 149TH AVENUE, SUITE 300
MIRAMAR, FL 33027

www.bressler.com

**NEW JERSEY OFFICE**
325 COLUMBIA TURNPIKE
FLORHAM PARK, NJ 07932
(973) 514-1200

**NEW YORK OFFICE**
17 STATE STREET
NEW YORK, NY 10004
(212) 425-9300

**MEMO ENDORSED**

July 17, 2006

*file electronically*
*Colleen McMahon 7/14/08*

**Via Facsimile**
The Honorable Colleen McMahon, U.S.D.J
United States District Court
Southern District of New York
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

Re: Status Report—MDL Case No. 06 MD 1755 (Bayou Related Cases)

Dear Judge McMahon:

I am in receipt of the Court's Order, dated July 8, 2008, requesting that all counsel provide the Court with a written status report as to each case still pending under MDL Case No. 06 MD 1755. The undersigned is seeking clarification as to whether the Court prefers the written status report to be filed electronically or simply faxed to chambers and all counsel.

Respectfully submitted,
Bressler, Amery & Ross, PC

Matthew Wolper

cc: All Counsel (by e-mail)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

917436_1