**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN re: Bayou Hedge Fund Investment Litigation | 06 MDL 1755 (CM) |
| This Document Relates To: | |
| BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, ET AL., Individually and on Behalf of All Other Persons and Entities Similarly Situated, Plaintiffs, v. BAYOU GROUP, LLC, ET AL., Defendants. | 06 cv 3026 (CM) ELECTRONICALLY FILED |

**DEFENDANTS EQTY RESEARCH AND MANAGEMENT, LLC, EQTY RESEARCH AND MANAGEMENT LTD AND JEFFREY D. FOTTA'S STATUS REPORT IN ACCORD WITH THE COURT'S DIRECTIVE FILED JULY 8, 2008**

Defendants Eqyty Research and Management, LLC, Eqyty Research and Management LTD and Jeffrey D. Fotta submit this status report in response to the Court's directive filed on July 8, 2008.

The defendants Eqyty Research and Management, LLC, Eqyty Research and Management LTD and Jeffrey D. Fotta have reached an agreement-in-principle to settle, on an individual (i.e., non-class) basis, all of the claims asserted against them by the Broad-Bussel Plaintiffs. Presently, the parties are finalizing execution of the settlement documents. Accordingly, these defendants anticipate having all the claims against them dismissed in the near future.

Dated: July 15, 2008  THE DEFENDANTS,
      New Haven, CT  EQYTY RESEARCH AND MANAGEMENT, LLC,
                                    EQYTY RESEARCH AND MANAGEMENT LTD,
                                    nd JEFFREY D. FOTTA,

                              BY:     /s/ Howard K. Levine
                                  Howard K. Levine  (HL9844)
                                  Carmody & Torrance LLP
                                  195 Church Street, 18th Floor
                                  P.O. Box 1950
                                  New Haven, CT  06509-1950
                                  Telephone:  203-777-5501
                                  Facsimile:   203-784-3199
                                  E-mail:  hlevine@carmodylaw.com

                                  *Their Attorney*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2008, a copy of the foregoing:

**DEFENDANTS EQYTY RESEARCH AND MANAGEMENT, LLC, EQYTY RESEARCH AND MANAGEMENT LTD AND JEFFREY D. FOTTA'S STATUS REPORT IN ACCORD WITH THE COURT'S DIRECTIVE FILED JULY 8, 2008**

was filed electronically [and served by mail on anyone unable to accept electronic filing].

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

        /s/ Howard K. Levine
        Howard K. Levine