UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE BAYOU HEDGE FUND INVESTMENT LITIGATION | : : | No. 06 MD 1755 (CM) |
| THIS DOCUMENT RELATES TO: | | |
| DEPAUW UNIVERSITY,           Plaintiff, | : : | No. 06-cv-03028 (CM) |
| - against - | : : | |
| HENNESSEE GROUP LLC, ET. AL.,           Defendants. | : : | |

## STATUS REPORT OF DEPAUW UNIVERSITY

DePauw University respectfully submits its written status report for open cases under MDL Case No. 06 MD 1755, in accordance with the Court's Order, dated July 8, 2008. DePauw University v. Hennessee Group LLC, Charles Gradante and Elizabeth Lee Hennessee, Case No. 1:06-cv-03028-cm, is presently stayed before the Court, and DePauw has consented to arbitration. The arbitration remains unresolved as of this date.

Dated:  July 18, 2008

                                                Respectfully submitted,

                                        By:   s/ Matthew T. Albaugh
                                                David K. Herzog (#8021-49)
                                                Matthew T. Albaugh (#23293-49)
                                                BAKER & DANIELS LLP
                                                300 North Meridian Street, Suite 2700
                                                Indianapolis, Indiana 46204
                                                (317) 237-0300
                                                (317) 237-1000 (fax)
                                                david.herzog@bakerd.com
                                                matthew.albaugh@bakerd.com

                                                *Attorneys for DePauw University*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 18, 2008, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                    s/  Matthew T. Albaugh
                                                        Matthew T. Albaugh (#23293-49)
                                                        BAKER & DANIELS LLP