```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
IN RE BAYOU HEDGE FUNDS INVESTMENT      :     No. 06 MDL 1755 (CM)
LITIGATION                              :
------------------------------------------------------------ X
THIS DOCUMENT RELATES TO:
------------------------------------------------------------ X
BROAD-BUSSEL FAMILY LIMITED             :     No. 06 Civ. 3026 (CM)
PARTNERSHIP, ET AL.,                    :
                    Plaintiffs,         :
                                        :
        - against -                     :
                                        :
BAYOU GROUP LLC, ET AL.,                :
                    Defendants.         :     ELECTRONICALLY FILED
------------------------------------------------------------ X
```

## STIPULATION OF DISMISSAL AS TO
## THE FOTTA/EQYTY DEFENDANTS

PLEASE TAKE NOTICE that plaintiffs Broad-Bussel Family Limited Partnership, Caroline B. Glass, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr. (collectively, the "Plaintiffs" or the "Broad-Bussel Plaintiffs") and defendants Jeffrey Fotta, Eqyty Research and Management, LLC and Eqyty Research and Management, LTD (the "Fotta/Eqyty Defendants"), having settled the above-captioned matter, hereby stipulate to the voluntary dismissal with prejudice of this action as to, and only as to, the Fotta/Eqyty Defendants and no other defendant party.  The above parties agree that each party will bear its own attorneys' fees and costs.

Dated: August 4, 2008                                  Respectfully submitted,

                                        BERGER & MONTAGUE, P.C.

                                        Merrill G. Davidoff, Esq.
Lawrence J. Lederer, Esq.
Lane L. Vines, Esq.
1622 Locust Street
Philadelphia, PA 19103-6305
Telephone: (215) 875-3000
Fax: (215) 875-4604


KOSKOFF, KOSKOFF & BIEDER, P.C.

William M. Bloss, Esq.
Neal A. DeYoung, Esq.
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: (203) 336-4421
Fax: (203) 368-3244

*Counsel for Broad-Bussel Plaintiffs*


CARMODY & TORRANCE LLP

J. Christopher Rooney
Howard K. Levine
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
Telephone: (203) 777-5501
Fax: (203) 784-3199

*Counsel for Fotta/Eqyty Defendants*

## CERTIFICATE OF SERVICE

     I, Lane L. Vines, hereby certify that I caused today the foregoing Stipulation of Dismissal as to the Fotta/Eqyty Defendants to be electronically filed with the Clerk of Court by using the ECF System. The foregoing filing will be served on counsel electronically through the Court's ECF System, and by U.S. First Class mail or electronic mail on any counsel that has not signed up for electronic service. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Dated: August 4, 2008

/s/ Susan L. Leo
Susan L. Leo

439477