UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
IN RE BAYOU HEDGE FUND INVESTMENT        :  MDL No. 1755 (CM)
LITIGATION                                                   :
                                                             :
------------------------------------------------------------ X
                                                             :
THIS DOCUMENT RELATES TO:                                    :
------------------------------------------------------------ X
                                                             :
BROAD-BUSSEL FAMILY LIMITED              :  No. 06 Civ. 3026 (CM)
PARTNERSHIP, MARIE LOUISE                                    :
MICHELSOHN, MICHELLE MICHELSOHN, and :  **JUDGMENT IN A CIVIL CASE**
HERBERT BLAINE LAWSON, JR., Individually :
and on Behalf of All Other Persons and Entities              :
Similarly Situated,                                          :
                                                             :
                          Plaintiffs,                        :
                                                             :
            - against -                                      :
                                                             :
BAYOU GROUP LLC, et al.,                                     :
                                                             :
                          Defendants.                        :
                                                             :
------------------------------------------------------------ X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/10
```

    The claims asserted in the captioned matter Broad-Bussel Family L.P., et al. v. Bayou Group LLC, et al., 06 Civ. 3026 (CM), having been resolved by prior Orders of this Court, it is hereby ordered that the action be dismissed with all parties to bear their own costs.

Dated: June 8, 2010

                                                                             McMahon, C.
                                                                             U.S.D.J.

DC1 1760613V.1